# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INV HOLDINGS INC. and ADVANCED ARCH GRILLEWORKS INC.<br><br>Plaintiffs,<br><br>vs.<br><br>DAYUS REGISTER & GRILLE, INC.,<br><br>Defendant. | Civ. A. No. 2:21-cv-05107-GRB-AKT<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Raymond J. Bilderbeck of Gish PLLC hereby appears on behalf of Dayus Register & Grille, Inc. in the above-captioned matter. I hereby certify that I am admitted to practice before this Court.

Dated: October 21, 2021

/s/ Raymond J. Bilderbeck
Raymond J. Bilderbeck (Bar No. 4883328)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(646) 415-1092
Email: ray@gishpllc.com

1