# WEISS & WEISS
410 Jericho Turnpike, Suite 105
Jericho, NY 11753
516-739-1500

January 13, 2022

Honorable Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      INV HOLDINGS INC. and ADVANCED ARCH GRILLEWORKS, INC
      V. DAYUS REGISTER & GRILLE INC.,
      Civil Action No. 2:21-cv-05107-GRB-ST

## **LETTER**

Dear Judge Brown:

      Please note, Plaintiffs' attorney, Philip M. Weiss, is currently in the ICU Unit in the hospital with a severe case of Covid and unsure when he will be discharged. It is respectfully requested that an extension of time is given for any and all matters relating to the above until further notice. We will notify the Court once Mr. Weiss is out of the hospital and in recovery.

January 13, 2022                                                    Respectfully submitted,

                                                                                /PhilipMWeiss/
                                                                                Philip M. Weiss (PW 4505)
                                                                                Weiss & Weiss
                                                                                410 Jericho Tpke Suite 105
                                                                                Jericho, NY 11753
                                                                                516 739-1500
                                                                                hello@weissandweisspc.com

cc: Marti Alan Johnson    marti@gishpllc.com
    Raymond Johnson Bilderbeck    ray@gishpllc.com
    Andrew D. Gish    andrew@gishpllc.com