# Exhibit C

**U.S. PTO**
**13/99003 22**
**01/06/2014**

PTO/SB/05 (09-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| *Attorney Docket No.* | P/332-6 |
| *First Inventor* | L. Bruhnke et al. |
| *Title* | DRY WALL EXTRUSION GRILLE |
| *Express Mail Label No.* | EM 671125725 US |

### APPLICATION ELEMENTS
*See MEPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**  Commissioner for Patents
P.O. Box 1450
Alexandria VA  22313-1450

1. [✓] **Fee Transmittal Form** (e.g., PTO/SB/17)
*(Submit an original and a duplicate for fee processing)*
2. [✓] **Applicant claims small entity status.**
See 37 CFR 1.27.
3. [✓] **Specification**     [*Total Pages*___11___]
Both the claims and abstract must start on a new page
*(For information on the preferred arrangement, see MEPEP 608.01(a))*
4. [✓] **Drawing(s)** (35 U.S.C. 113)  [*Total Sheets*___4___]
5. **Oath or Declaration**     [*Total Sheets*___6___]
   a. [ ] Newly executed (original or copy)
   b. [✓] A copy from a prior application (37 CFR 1.63(d))
   *(for continuation/divisional with Box 18 completed)*
   i. [ ] DELETION OF INVENTOR(S)
   Signed statement attached deleting inventor(s)
   name in the prior application, see 37 CFR
   1.63(d)(2) and 1.33(b).
6. [ ] **Application Data Sheet.** See 37 CFR 1.76
7. [ ] **CD-ROM or CD-R** in duplicate, large table or
   Computer Program *(Appendix)*
   [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   *(if applicable, items a. – c. are required)*
   a. [ ] Computer Readable Form (CRF)
   b. [ ] Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

9. [✓] **Assignment Papers** (cover sheet & document(s))
Name of Assignee  Oemetrix, L.L.C.
10. [ ] **37 CFR 3.73(b) Statement**   [ ] **Power of**
   *(when there is an assignee)*          **Attorney**
11. [ ] **English Translation Document** *(if applicable)*
12. [ ] **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
   [ ] Copies of citations attached
13. [ ] **Preliminary Amendment**
14. [✓] **Return Receipt Postcard** (MPEP 503)
   *(Should be specifically itemized)*
15. [ ] **Certified Copy of Priority Document(s)**
   *(if foreign priority is claimed)*
16. [ ] **Nonpublication Request** under 35 U.S.C. 122(b)(2)(B)(i).
   Applicant must attach form PTO/SB/35 or equivalent.
17. [ ] **Other:**_____

18. If a **CONTINUING APPLICATION**, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[ ] Continuation     [ ] Divisional     [ ] Continuation-in-part (CIP)     of prior application No.: ...............................

*Prior application information:*     Examiner _____     Art Unit: _____

## 19. CORRESPONDENCE ADDRESS

[ ] The address associated with Customer Number: _____     **OR**  [✓] Correspondence address below

| | |
|---|---|
| Name | WEISS & WEISS |
| Address | 410 Jericho Turnpike Suite 105 |

| City | Jericho | **State** | New York | Zip Code | 11753 |
|---|---|---|---|---|---|
| Country | US | Telephone | 516-739-1500 | Fax | 516-739-2189 |

| Signature | *[signature]* | | Date | 1/6/14 |
|---|---|---|---|---|
| Name (Print/Type) | Philip M. Weiss | | Registration No. (Attorney/Agent) | 34,751 |

**CERTIFICATION UNDER 37 C.F.R. § 1.10**
I hereby certify that this correspondence and the documents referred to as enclosed are being deposited with the United States Postal Service on date below in an envelope as "Express Mail Post Office to Addressee" Mail Label Number  EM 671125725 US  addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria VA  22313-1450.

Dated:   January 6, 2014

*[signature]* Debbie Broderick
Debbie Broderick

PTO/SB/17 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# FEE TRANSMITTAL

| | Complete if known |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Lynne Bruhnke et al. |
| Examiner Name | |
| Art Unit | |
| Practitioner Docket No. | P/332-6 |

[✓] Applicant asserts small entity status. See 37 CFR 1.27.

[ ] Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

TOTAL AMOUNT OF PAYMENT   ($) 1,240.00

**METHOD OF PAYMENT** (check all that apply)

[✓] Check   [ ] Credit Card   [ ] Money Order   [ ] None   [ ] Other (please identify): _____

[ ] Deposit Account   Deposit Account Number: _____   Deposit Account Name: _____

For the above-identified deposit account, the Director is hereby authorized to (check all that apply):

[ ] Charge fee(s) indicated below         [ ] Charge fee(s) indicated below, **except for the filing fee**

[ ] Charge any additional fee(s) or underpayment of fee(s)   [ ] Credit any overpayment of fee(s)
under 37 CFR 1.16 and 1.17

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES** (U = undiscounted fee; S = small entity fee; M = micro entity fee)

| | FILING FEES | | | SEARCH FEES | | | EXAMINATION FEES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Application Type | U ($) | S ($) | M ($) | U ($) | S ($) | M ($) | U ($) | S ($) | M ($) | Fees Paid ($) |
| Utility | 280 | 140* | 70 | 600 | 300 | 150 | 720 | 360 | 180 | 800.00 |
| Design | 180 | 90 | 45 | 120 | 60 | 30 | 460 | 230 | 115 | _____ |
| Plant | 180 | 90 | 45 | 380 | 190 | 95 | 580 | 290 | 145 | _____ |
| Reissue | 280 | 140 | 70 | 600 | 300 | 150 | 2,160 | 1,080 | 540 | _____ |
| Provisional | 260 | 130 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | _____ |

* The $140 small entity status filing fee for a utility application is further reduced to $70 for a small entity status applicant who files the application via EFS-Web.

**2. EXCESS CLAIM FEES**

| Fee Description | Undiscounted Fee ($) | Small Entity Fee ($) | Micro Entity Fee ($) |
|---|---|---|---|
| Each claim over 20 (including Reissues) | 80 | 40 | 20 |
| Each independent claim over 3 (including Reissues) | 420 | 210 | 105 |
| Multiple dependent claims | 780 | 390 | 195 |

| Total Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 25 | -20 or HP = | 5 | x | 40 | = | 200 |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 3 | -3 or HP = | 0 | x | 0 | = | 0 |

HP = highest number of independent claims paid for, if greater than 3.

| Multiple Dependent Claims | |
|---|---|
| Fee ($) | Fee Paid ($) |
| _____ | _____ |

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $400 ($200 for small entity) ($100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|---|---|
| _____ | - 100 = | _____ | / 50 = | _____ (round up to a whole number) | x | _____ | = | _____ |

**4. OTHER FEE(S)**

| | Fees Paid ($) |
|---|---|
| Non-English specification, $130 fee (no small or micro entity discount) | |
| **Non-electronic filing fee under 37 CFR 1.16(t) for a utility application, $400 fee ($200 small or micro entity)** | 200.00 |
| Other (e.g., late filing surcharge): assignment | 40.00 |

**SUBMITTED BY**

| Signature | | Registration No. (Attorney/Agent) | 34,751 | Telephone | 516-739-1500 |
|---|---|---|---|---|---|
| Name (Print/Type) | Philip M. Weiss | | | Date | 1/6/14 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Docket: P/332-6

## DRY WALL EXTRUSION GRILLE

### Field of the Invention

The present Invention relates to a dry wall extrusion grille comprising a frame, a liner bar grille, sheet rock screws, pre-perforated through holes, indented slots, and a flexible edge.

### Background of the Invention

US patent no. 5,082,083 relates to a structure wall mounted speaker assembly. The woofer of the speaker is mounted in the assembly wall frame and the tweeter is both mounted in and self-contained within the assembly wall frame. The installation requires only that a circular opening be cut in the wall to enable the rear portion of the woofer to extend through the dry wall or sheetrock and two simple holes drilled in the wall to accommodate the support bolts to retain the wall mounted speaker assembly on the wall.

US patent no. 7,140,960 relates to duct systems, registers and ductwork components used with floor or ceiling registers employed in warm air heating, ventilating and air conditioning systems, and improvements for mounting and installing components of the duct system, including register boots, mud rings and register grilles, in the walls, floors or ceilings of buildings components, mud ring, register grille and wall, floor or ceiling opening, which reduces costs.

US patent no. 7,771,259 relates to a flush mounted frame for an access panel or register. The frame is mounted to a wall, ceiling or floor surface, is made by joining

linear frame sections each providing interconnected elements formed by an extrusion process.  A first planar element is spaced apart from a second planar element and positioned for abutting a common surface.  A first channel element is formed between the first and second planar elements.  A third planar element is positioned normal to the first and second planar elements and terminates with a rib directed toward the first planar element.  When mounted onto studs in a building structure, wall putty or mud may be placed into a space between the wall panels and the third planar element, the mud is captured in place forming a smooth interface between the frame assembly and the surrounding wall surfaces.

## Summary of the Invention

The present invention relates to a dry wall extrusion grille.

The dry wall extrusion grille comprises a frame, a liner bar grille, sheet rock screws, pre-perforated through holes, indented slots, a flexible edge.

It is an object of the present invention for the indented slots to capture joint compound or plaster.

It is an object of the present invention for the flexible edge to be used for fastening to a wall or ceiling with pre-perforated through holes.

It is an object of the present invention for a common sheet rock screw to be threaded into the wall material.

It is an object of the present invention for the frame to be constructed of four mitered pieces.  It is an object of the present invention for the four mitered pieces to be welded together.

2

It is an object of the present invention for the frame to be installed with a sheet rock screw before plaster or a joint compound is applied.

It is an object of the present invention for the dry wall extrusion grille to be installed to a wall with four sheet rock screws.

It is an object of the present invention for the extrusion grille to have pre-perforated mounting through holes providing many mounting options to address multiple field conditions.

It is an object of the present invention for the extrusion grille to be a fully welded construction that  provides exceptional strength for mounting in both walls and ceilings

It is an object of the present invention for the extrusion grille to have multiple, pre-punched mounting holes for fastening in a wide range of wall conditions and materials

It is an object of the present invention for the extrusion grille to have multiple, pre-punched mounting holes for attachment to underlying studs (support beams) for a wide range of center to centers.

It is an object of the present invention for the extrusion grille to have pre-punched holes accurately sized for standard wall board / sheet rock screws so no special hardware or tools are required.

It is an object of the present invention for the extrusion grille to have multiple indented slots along the mounting flange to provide capture points for joint compound or plaster.

3

It is an object of the present for the extrusion grille to comprise flexible mounting flange that fasten the grille to uneven wall surfaces.

It is an object of the present invention for the inside of the extrusion grille frame to extend ¾" deep into the opening so that the extrusion grille is installed in a wall board or plaster ranging from about ¼" thru about ¾" thick.

It is an object of the present invention for the extrusion grille to allow an installer to cut a very rough hole in a wall and slip the extrusion grille frame into the opening. With the design of the present invention there is no routing or recessed cut that is necessary. With the design of the present invention there is no blocking or added wood necessary for attachment to wall.

It is an object of the present invention for the extrusion grille to provide exceptional strength using aluminum material – thus enabling safe use in ceiling applications.

It is an object of the present invention for the extrusion grille to be used with a fixed core (core welded directly to the frame or removable core for access to either controls or filtration behind the grille).

It is an object of the present invention for the extrusion grille to be used specifically for linear bar grilles, and not used with perforated grilles or registers.

It is an object of the present invention for the extrusion grille to be mounted, so that the entire frame and grille are flush to the wall providing a seamless installation – which makes field painting much easier – also makes future cleaning of the grille simpler as can be done with simply the wipe of a rag

4

It is an object of the present invention for the extrusion grille to be mounted in only one way, so that it cannot be installed backward.

It is an object of the present invention for the extrusion grille to require four pieces for construction, providing faster assembly and lower cost.

It is an object of the present invention for the extrusion grille to have a special angled edge that provides a step for a standard spackle knife to rest when a plaster or joint compound is being applied. This creates a crisp, clean line set up for the application of the final skim coat of plaster (joint compound).

## Brief Description of Drawings

Figure 1 is a top view of the frame of the present invention.

Figure 2 is a bottom view of the frame of the present invention.

Figure 3 is side view of the flexible edge of the present invention.

Figure 4 is a cross sectional view of the extrusion grille of the present invention.

Figure 5 is a front view of the extrusion grille of the present invention.

Figure 6 is a front view of the extrusion grille of the present invention.

## Detailed Description of the Invention

Figure 1 shows the frame 10 comprising four mitered pieces 12, 14, 16 and 18, which are welded at 20, 22, 24, and 26. Figure 2 shows the bottom view of frame 10 of Figure 1.

Figure 3 and 4 show the extrusion grille 30, which comprises a linear bar grille 32. The extrusion grille 30 has an aluminum profile 34, a flexible edge 34, that is used

5

for fastening to a wall or ceiling with perforated through holes 40.  The extrusion grille 30 further comprises indented slots 38 used to capture joint compound or plaster 42.

Extrusion grille 30 further comprises a special angled edge 44 to create a step for a spackling knife to use as a straight edge.  A common sheet rock screw 46 is threaded into the wall material.

Figure 5 shows the extrusion grille 30 having the linear bar grille, a standard sheet rock screw 46, and pre-perforated mounting through holes that provide many mounting options to address multiple field conditions.

Figure 6 shows the extrusion grille 30 installed after the plaster or joint compound is applied.  The frame 10 is installed with the sheet rock screw 46 before plaster or joint compound is applied.

6

## Claims

1. A dry wall extrusion grille comprising:

   a frame,

   a liner bar grille,

   sheet rock screws,

   pre-perforated through holes,

   indented slots, and

   a flexible edge.

2. The extrusion grille of claim 1 wherein said indented slots capture joint compound or plaster.

3. The extrusion grille of claim 1 wherein said flexible edge is fastening to a wall or ceiling with said pre-perforated through holes.

4. The extrusion grille of claim 1 wherein said sheet rock screw is threaded into wall material.

5. The extrusion grille of claim 1 wherein said frame is constructed of four mitered pieces.

6. The extrusion grille of claim 5 wherein said four mitered pieces are welded together.

7. The extrusion grille of claim 1 wherein said frame is installed with said sheet rock screw before plaster or a joint compound is applied.

8. The extrusion grille of claim 7 wherein said extrusion grille is installed to a wall with four sheet rock screws.

7

9.      The extrusion grille of claim 1 wherein said pre-perforated mounting through holes provide multiple mounting options to address multiple field conditions.

10.      The extrusion grille of claim 1 wherein said extrusion grille is a fully welded construction.

11.      The extrusion grille of claim 1 wherein said extrusion grille comprises multiple, pre-punched mounting holes for fastening in a wide range of wall conditions and materials

12.      The extrusion grille of claim 1 wherein said extrusion grille comprises multiple, pre-punched mounting holes for attachment to underlying studs (support beams).

13.      The extrusion grille of claim 1 wherein said extrusion grille comprises pre-punched holes accurately sized for standard wall board / sheet rock screws so no special hardware or tools are required.

14.      The extrusion grille of claim 1 wherein said extrusion grille comprises multiple indented slots along a mounting flange to provide capture points for joint compound or plaster.

15.      The extrusion grille of claim 1 wherein said extrusion grille comprises a flexible mounting flange that fastens said extrusion grille to uneven wall surfaces.

8

16.     The extrusion grille of claim 1 wherein inside of said extrusion grille frame extends about ¾" deep into the opening so that said extrusion grille is installed in a wall board or plaster ranging from about ¼" thru about ¾" thick.

17.     The extrusion grille of claim 1 wherein said extrusion grille allows an installer to cut a rough hole in a wall and slip said extrusion grille frame into said hole.

18.     The extrusion grille of claim 1 wherein no routing or recessed cut is necessary.

19.     The extrusion grille of claim 1 wherein there is no blocking or added wood necessary for attachment to wall.

20.     The extrusion grille of claim 1 wherein said extrusion grille is comprised of aluminum material.

21.     The extrusion grille of claim 1 wherein said extrusion grille is used with a fixed core, a core welded directly to said frame or removable core for access to controls or filtration behind said grille.

22.     The extrusion grille of claim 1 wherein said extrusion grille is mounted, so that said entire frame and grille are flush to a wall providing a seamless installation.

23.     The extrusion grille of claim 1 wherein said extrusion grille is mounted in only one way, so that it cannot be installed backward.

9

24.     The extrusion grille of claim 1 wherein said extrusion grille has a special angled edge that provides  a step for a standard spackle knife to rest when a plaster or joint compound is being applied.

25.     The extrusion grille of claim 1 wherein said extrusion grille has a special angled edge that provide a crisp, clean line set up for application of final skim coat of plaster (joint compound).

10

## Abstract

A dry wall extrusion grille comprising a frame, a liner bar grille, sheet rock screws, pre-perforated through holes, indented slots, and a flexible edge.

11



Fig 1

Fig. 2





30

46

48

Fiq 5

32



Fig. 6

Attorney's Docket No. P/332-6                                    **PATENT**

---

## COMBINED DECLARATION AND POWER OF ATTORNEY

### (ORIGINAL, DESIGN, NATIONAL STAGE OF PCT, SUPPLEMENTAL, DIVISIONAL, CONTINUATION OR CIP)

---

As a below named inventor, I hereby declare that:

## TYPE OF DECLARATION

This declaration is of the following type: *(check one applicable item below)*

X    original
☐    design
☐    supplemental

NOTE:  If the declaration is for an International Application being filed as a divisional, continuation or continuation-in-part application do <u>not</u> check next item; check appropriate one of last three items.

☐    national stage of PCT

NOTE:  If one of the following 3 items apply then complete and also attach ADDED PAGES FOR DIVISIONAL, CONTINUATION OR CIP.

☐    divisional
☐    continuation
☐    continuation-in-part (CIP)

## INVENTORSHIP IDENTIFICATION

WARNING:  If the inventors are each not the inventors of all the claims an explanation of the facts, including the ownership of all the claims at the time the last claimed invention was made, should be submitted.

My residence, post office address and citizenship are as stated below next to my name, I believe I am the original, first and sole inventor *(if only one name is listed below)* or an original, first and joint inventor *(if plural names are listed below)* of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## TITLE OF INVENTION

<u>        DRY WALL EXTRUSION GRILLE        </u>

(Declaration and Power of Attorney – page 1 of 6)

## SPECIFICATION IDENTIFICATION

the specification of which:  *(complete (a), (b) or (c))*

(a)     is attached hereto.

(b)     was filed on _____ as ☐ Serial No. _____ or ☐ Express Mail No., as Serial No. not yet known _____ and was amended on *(if applicable).*

NOTE:  Amendments filed after the original papers are deposited with the PTO which contain new matter are not accorded a filing date by being referred to in the declaration. Accordingly, the amendments involved are those filed with the application papers or, in the case of a supplemental declaration, are those amendments claiming matter not encompassed in the original statement of invention or claims. See 37 C.F.R. 1.67.

(c)  ☐  was described and claimed in PCT International Application No. _____ filed on _____ and as amended under PCT Article 19 on _____ *(if any).*

### ACKNOWLEDGMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 C.F.R. §1.56, and

☐  in compliance with this duty there is attached an information disclosure statement in accordance with 37 C.F.R. §1.98.

### PRIORITY CLAIM (35 U.S.C. §119(a)-(d))

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate or any PCT-International application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed. *(complete (d) or (e))*

(d) **xx**  no such applications have been filed.

(e) ☐  such applications have been filed as follows.

NOTE:  Where item (c) is entered above and the International Application which designated the U.S. itself claimed priority check item (e), enter the details below and make the priority claim.

*(Declaration and Power of Attorney – page 2 of 6)*

## A. PRIOR FOREIGN/PCT APPLICATION(S) FILED WITHIN 12 MONTHS (6 MONTHS FOR DESIGN) PRIOR TO THIS APPLICATION AND ANY PRIORITY CLAIMS UNDER 35 U.S.C. §119(a)-(d)

| COUNTRY (OR INDICATE IF PCT) | APPLICATION NUMBER | DATE OF FILING (day, month, year) | PRIORITY CLAIMED UNDER 35 U.S.C. 119 |
|---|---|---|---|
| | | | ☐ YES ☐ NO |
| | | | ☐ YES ☐ NO |
| | | | ☐ YES ☐ NO |

## CLAIM FOR BENEFIT OF PRIOR U.S. PROVISIONAL APPLICATION(S) (35 U.S.C. §119(e))

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States provisional application(s) listed below:

**PROVISIONAL APPLICATION NUMBER**          **FILING DATE**

_____

## ALL FOREIGN APPLICATION(S), IF ANY FILED MORE THAN 12 MONTHS (6 MONTHS FOR DESIGN) PRIOR TO THIS U.S. APPLICATION

NOTE:        If the application filed more than 12 months from the filing date of this application is a PCT filing forming the basis for this application entering the United States as (1) the national stage, or (2) a continuation, divisional, or continuation-in-part, then also complete ADDED PAGES TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR DIVISIONAL, CONTINUATION OR CIP APPLICATION for benefit of the prior U.S. or PCT application(s) under 35 U.S.C. §120.

(Declaration and Power of Attorney – page 3 of 6)

## POWER OF ATTORNEY

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. *(List name and registration number)*

**Philip M. Weiss - Reg. No. 34,751**

SEND CORRESPONDENCE TO:

DIRECT TELEPHONE CALLS TO:
*(Name and telephone number)*

WEISS & WEISS
410 Jericho Turnpike, Suite 105
Jericho, NY 11753

Philip M. Weiss
(516) 739-1500

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

## SIGNATURE(S)

NOTE:   Carefully indicate the family (or last) name as it should appear on the filing receipt and all other documents.

Full name of **sole or first inventor**

Lynne Bruhnke
Inventor's signature _____   Date __1 - 6 14__
Country of Citizenship  US          Residence  Massapequa Park, NY
Post Office Address  147 Pine Street, Massapequa Park, NY 11762

Full name of **second joint inventor,** if any

Daniel Roeper
Inventor's signature _____   Date __1 - 6 - 14__
Country of Citizenship  US          Residence  Garden City, NY
Post Office Address  9 Fairmount Blvd., Garden City, NY 11530

(Declaration and Power of Attorney – page 4 of 6)

Full name of **third joint inventor**, if any

_____

Inventor's signature _____ Date _____
Country of Citizenship _____ Residence _____
Post Office Address _____

Full name of **fourth joint inventor**, if any _____

Inventor's signature _____ Date _____
Country of Citizenship _____ Residence _____
_____ Post Office Address _____

(Declaration and Power of Attorney – page 5 of 6)

## CHECK PROPER BOX(ES) FOR ANY OF THE FOLLOWING
## ADDED PAGE(S) WHICH FORM A PART OF THIS DECLARATION

☐  Signature for subsequent joint inventors.
Number of pages added _____.

☐  Signature by administrator(trix), executor(trix) or legal representative for deceased
or incapacitated inventor.
Number of pages added _____.

☐  Signature for inventor who refuses to sign or cannot be reached by person
authorized under 37 C.F.R. §1.47.
Number of pages added _____.

***

☐  Added pages to combined declaration and power of attorney for divisional,
continuation, or continuation-in-part (CIP) application.
Number of pages added _____.

***

☐  Authorization of attorney(s) to accept and follow instructions from representative.

***

If no further pages form a part of this Declaration then end this Declaration with
this page and check the following item.

**XX**  This declaration ends with this page.

(Declaration and Power of Attorney – page 6 of 6)

PATENT APPLICATION SERIAL NO._____

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## <u>FEE RECORD SHEET</u>

01/08/2014 CCHAU1    00000001 13999038

```
02 FC:2011                    140.00 OP
03 FC:2090                    200.00 OP
04 FC:2111                    300.00 OP
05 FC:2311                    360.00 OP
06 FC:2202                    200.00 OP
```

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002- 489-267/69033



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | 3749 | 1200 | P/332-6 | 25 | 1 |

**CONFIRMATION NO. 2946**

WEISS & WEISS
Suite 105
410 Jericho Turnpike
Jericho, NY 11753

**FILING RECEIPT**


*OC000000066057480*

Date Mailed: 01/13/2014

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Lynne Bruhnke, Massapequa Park, NY;
Daniel Roeper, Garden City, NY;

**Applicant(s)**

Lynne Bruhnke, Massapequa Park, NY;
Daniel Roeper, Garden City, NY;

**Assignment For Published Patent Application**

Oemetrix, L.L.C.

**Power of Attorney:**
Philip Weiss--34751

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**If Required, Foreign Filing License Granted:** 01/13/2014
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/999,038**
**Projected Publication Date:** 07/09/2015
**Non-Publication Request:** No

page 1 of 3

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

     Dry wall extrusion grille

**Preliminary Class**

     454

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

| Application or Docket Number |
|---|
| 13/999,038 |

### APPLICATION AS FILED - PART I

| | (Column 1) | (Column 2) | | | OR | OTHER THAN | |
|---|---|---|---|---|---|---|---|
| | | | SMALL ENTITY | | | SMALL ENTITY | |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE($) | FEE($) | | RATE($) | FEE($) |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 140 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 300 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 360 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 25 minus 20 = | * 5 | x 40 = | 200 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | * | x 210 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0.00 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 1000 | | TOTAL | |

### APPLICATION AS AMENDED - PART II

| | | (Column 1) | (Column 2) | (Column 3) | | | OR | OTHER THAN | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SMALL ENTITY | | | SMALL ENTITY | |
| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE($) | ADDITIONAL FEE($) | | RATE($) | ADDITIONAL FEE($) |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | | | | OTHER THAN | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SMALL ENTITY | | | SMALL ENTITY | |
| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE($) | ADDITIONAL FEE($) | | RATE($) | ADDITIONAL FEE($) |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 |

**CONFIRMATION NO. 2946**

WEISS & WEISS
Suite 105
410 Jericho Turnpike
Jericho, NY 11753

**NOTICE**


*OC000000066057481*

Date Mailed: 01/13/2014

## INFORMATIONAL NOTICE TO APPLICANT

Applicant is notified that the above-identified application contains the deficiencies noted below. No period for reply is set forth in this notice for correction of these deficiencies. However, if a deficiency relates to the inventor's oath or declaration, the applicant must file an oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each actual inventor no later than the expiration of the time period set in the "Notice of Allowability" to avoid abandonment. See 37 CFR 1.53(f).

The item(s) indicated below are also required and should be submitted with any reply to this notice to avoid further processing delays.

**A new inventor's oath or declaration that identifies this application (e.g., by Application Number and filing date) is required. The inventor's oath or declaration does not comply with 37 CFR 1.63 in that it:**
- does not state that the above-identified application was made or authorized to be made by the person executing the oath or declaration.
  Lynne Bruhnke
  Daniel Roeper

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | DRY WALL EXTRUSION GRILLE |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☑ United States application or PCT international application number  13/999,038

filed on  01/06/14

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Lynne Bruhnke                    Date (Optional):  4-6-15

Signature:

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | DRY WALL EXTRUSION GRILLE |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number 13/999,038

filed on 01/06/14

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Daniel Roeper

Signature:

Date (Optional): 4-6-15

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 22055991 |
| **Application Number:** | 13999038 |
| **International Application Number:** | |
| **Confirmation Number:** | 2946 |
| **Title of Invention:** | Dry wall extrusion grille |
| **First Named Inventor/Applicant Name:** | Lynne  Bruhnke |
| **Correspondence Address:** | WEISS & WEISS<br>-<br>Suite 105<br>410 Jericho Turnpike<br>Jericho                          NY              11753<br>US          5167391500<br>5167392189 |
| **Filer:** | Philip M. Weiss/Debbie Broderick |
| **Filer Authorized By:** | Philip M. Weiss |
| **Attorney Docket Number:** | P/332-6 |
| **Receipt Date:** | 14-APR-2015 |
| **Filing Date:** | 06-JAN-2014 |
| **Time Stamp:** | 14:23:20 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Applicant Response to Pre-Exam Formalities Notice | 0381_001.pdf | 571475 | no | 2 |
| | | | 6ac544cd3e7c2903381217c7755e64041057295d | | |

| Warnings: |
|---|

| Information: |
|---|

| | Total Files Size (in bytes): | 571475 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 |

WEISS & WEISS
Suite 105
410 Jericho Turnpike
Jericho, NY 11753

**CONFIRMATION NO. 2946**

**PUBLICATION NOTICE**



*OC000000076184082*

**Title:**Dry wall extrusion grille

**Publication No.**US-2015-0192320-A1
**Publication Date:**07/09/2015

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101





**United States Gypsum Company**
550 West Adams Street
Chicago, IL 60661-3676
312 436-4000
Fax: 312 672-7721

August 19, 2015

Founded in 1902

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**Re:    Request for Amendment of Published**
**Patent Application under MPEP § 608.01(v)**
**U.S. Patent Application No.: 13/999038**
**Title:   Dry wall extrusion grille**
**Filing Date:  January 6, 2014**

Commissioner for Patents:

United States Gypsum Company ("USG") owns several federal registrations for the trademark SHEETROCK as follows:

| Mark | Reg. No. | Goods/Services |
|------|----------|----------------|
| SHEETROCK | 153,038 | Plaster wall board |
| SHEETROCK | 558,498 | Sealer, sizing |
| SHEETROCK | 1,952,408 | Screws and drywall repair clips made of metal |
| SHEETROCK | 2,178,417 | Paint additive in the nature of ground pumice for creating textured walls and ceilings; textured paint for interior surfaces; and primer for wallboard; drywall joint compound, drywall joint tape, and sealant, namely, acoustical insulation for buildings; spackling compound, spackling powder; plaster, and cement mixes. |
| SHEETROCK | 3,300,827 | Hand tools, namely drywall joint taping knives and mud pans. |
| SHEETROCK | 3,369,024 | Promoting sports competitions and/or events of others. |
| SHEETROCK | 3,508,586 | Mixer attachment for power tools, namely, electric drills |
| SHEETROCK | 3,512,343 | Shirts, caps with visors |
| SHEETROCK | 3,540,753 | Hand tools, namely saws, joint compound hoppers and corner bead applicators |
| SHEETROCK | 3,540,752 | T-squares |
| SHEETROCK | 3,821,875 | Metal corner bead for use in building construction |

USG respectfully requests that, under §608.01(v) of the Manual of Patent Examining Procedure ("MPEP"), the Examiner of this patent application remove the improper uses of the trademark SHEETROCK that are noted in bold type in the enclosed print-out, and that **a generic term such as drywall or wallboard be substituted in each instance**. These corrections should be completed prior to issuance of the patent. Thank you for your assistance in this matter.

Commissioner for Patents                    2                      August 19, 2015

This is in keeping with the letter filed with the Patent Office on February 26, 2004 that requested that USG's SHEETROCK mark be added to Appendix I of the Manual of Examining Procedure (the Partial List of Trademarks) to prevent misuse of that mark in patent applications. Under MPEP § 608.01(v), a patent applicant may only use another's trademark if it "is set forth in such language that its identity is clear … [and so long as] it is distinguished from common descriptive nouns by capitalization." That section goes on to state that "the proprietary nature of the marks should be respected," and that "[e]very effort should be made to prevent their use in any manner which might adversely affect their validity as trademarks." Inappropriate use may adversely affect the validity of the trademark and impair its value "to the extent that it [becomes] descriptive of a product, rather than used as an identification of a source or origin of a product." MPEP § 2173.05(u). For all these reasons, we appreciate that the misuses of our registered SHEETROCK mark, including any misuse in the title, will be removed from this patent application.

Respectfully submitted,

*Sandi Zang*

Sandi Zang
Sr. Paralegal

Enclosure: Copy of Patent Application as Published with Misuses in **Bold**



# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | PTDLs |
|------|------|---------|--------|--------|-------|
| Hit List | Next List | Next | Bottom | | |

View Shopping Cart    Add to Shopping Cart

Images

( 1 of 2155 )

| | |
|---|---|
| **United States Patent Application** | **20150192320** |
| **Kind Code** | **A1** |
| **Bruhnke; Lynne ;  et al.** | **July 9, 2015** |

## Dry wall extrusion grille

### Abstract

A dry wall extrusion grille comprising a frame, a liner bar grille, *sheet rock* screws, pre-perforated through holes, indented slots, and a flexible edge.

Inventors: **Bruhnke; Lynne**; *(Massapequa Park, NY)* ; **Roeper; Daniel**; *(Garden City, NY)*

| Applicant: | **Name** | **City** | **State** | **Country** | **Type** |
|---|---|---|---|---|---|
| | **Bruhnke; Lynne** | Massapequa Park | NY | US | |
| | **Roeper; Daniel** | Garden City | NY | US | |

Assignee: **Oemetrix, L.L.C.**

Family ID: **1000001045529**
Appl. No.: **13/999038**
Filed: **January 6, 2014**

| | |
|---|---|
| **Current U.S. Class:** | **454/330** |
| **Current CPC Class:** | F24F 7/00 20130101; F24F 13/082 20130101 |
| **International Class:** | F24F 13/08 20060101 F24F013/08; F24F 7/00 20060101 |
| | F24F007/00 |

### *Claims*

1. A dry wall extrusion grille comprising: a frame, a liner bar grille, *sheet rock* screws, pre-perforated

through holes, indented slots, and a flexible edge.

2. The extrusion grille of claim 1 wherein said indented slots capture joint compound or plaster.

3. The extrusion grille of claim 1 wherein said flexible edge is fastening to a wall or ceiling with said pre-perforated through holes.

4. The extrusion grille of claim 1 wherein said *sheet rock* screw is threaded into wall material.

5. The extrusion grille of claim 1 wherein said frame is constructed of four mitered pieces.

6. The extrusion grille of claim 5 wherein said four mitered pieces are welded together.

7. The extrusion grille of claim 1 wherein said frame is installed with said *sheet rock* screw before plaster or a joint compound is applied.

8. The extrusion grille of claim 7 wherein said extrusion grille is installed to a wall with four *sheet rock* screws.

9. The extrusion grille of claim 1 wherein said pre-perforated mounting through holes provide multiple mounting options to address multiple field conditions.

10. The extrusion grille of claim 1 wherein said extrusion grille is a fully welded construction.

11. The extrusion grille of claim 1 wherein said extrusion grille comprises multiple, pre-punched mounting holes for fastening in a wide range of wall conditions and materials

12. The extrusion grille of claim 1 wherein said extrusion grille comprises multiple, pre-punched mounting holes for attachment to underlying studs (support beams).

13. The extrusion grille of claim 1 wherein said extrusion grille comprises pre-punched holes accurately sized for standard wall board/*sheet rock* screws so no special hardware or tools are required.

14. The extrusion grille of claim 1 wherein said extrusion grille comprises multiple indented slots along a mounting flange to provide capture points for joint compound or plaster.

15. The extrusion grille of claim 1 wherein said extrusion grille comprises a flexible mounting flange that fastens said extrusion grille to uneven wall surfaces.

16. The extrusion grille of claim 1 wherein inside of said extrusion grille frame extends about 3/4" deep into the opening so that said extrusion grille is installed in a wall board or plaster ranging from about 1/4" thru about 3/4" thick.

17. The extrusion grille of claim 1 wherein said extrusion grille allows an installer to cut a rough hole in a wall and slip said extrusion grille frame into said hole.

18. The extrusion grille of claim 1 wherein no routing or recessed cut is necessary.

19. The extrusion grille of claim 1 wherein there is no blocking or added wood necessary for attachment to wall.

20. The extrusion grille of claim 1 wherein said extrusion grille is comprised of aluminum material.

21. The extrusion grille of claim 1 wherein said extrusion grille is used with a fixed core, a core welded directly to said frame or removable core for access to controls or filtration behind said grille.

22. The extrusion grille of claim 1 wherein said extrusion grille is mounted, so that said entire frame and grille are flush to a wall providing a seamless installation.

23. The extrusion grille of claim 1 wherein said extrusion grille is mounted in only one way, so that it cannot be installed backward.

24. The extrusion grille of claim 1 wherein said extrusion grille has a special angled edge that provides a step for a standard spackle knife to rest when a plaster or joint compound is being applied.

25. The extrusion grille of claim 1 wherein said extrusion grille has a special angled edge that provide a crisp, clean line set up for application of final skim coat of plaster (joint compound).

---

### *Description*

---

FIELD OF THE INVENTION

[0001] The present invention relates to a dry wall extrusion grille comprising a frame, a liner bar grille, *sheet rock* screws, pre-perforated through holes, indented slots, and a flexible edge.

BACKGROUND OF THE INVENTION

[0002] U.S. Pat. No. 5,082,083 relates to a structure wall mounted speaker assembly. The woofer of the speaker is mounted in the assembly wall frame and the tweeter is both mounted in and self-contained within the assembly wall frame. The installation requires only that a circular opening be cut in the wall to enable the rear portion of the woofer to extend through the dry wall or *sheetrock* and two simple holes drilled in the wall to accommodate the support bolts to retain the wall mounted speaker assembly on the wall.

[0003] U.S. Pat. No. 7,140,960 relates to duct systems, registers and ductwork components used with floor or ceiling registers employed in warm air heating, ventilating and air conditioning systems, and improvements for mounting and installing components of the duct system, including register boots, mud rings and register grilles, in the walls, floors or ceilings of buildings components, mud ring, register grille and wall, floor or ceiling opening, which reduces costs.

[0004] U.S. Pat. No. 7,771,259 relates to a flush mounted frame for an access panel or register. The frame is mounted to a wall, ceiling or floor surface, is made by joining linear frame sections each providing interconnected elements formed by an extrusion process. A first planar element is spaced apart from a second planar element and positioned for abutting a common surface. A first channel element is formed between the first and second planar elements. A third planar element is positioned normal to the first and second planar elements and terminates with a rib directed toward the first planar element. When mounted onto studs in a building structure, wall putty or mud may be placed into a space between the wall panels and the third planar element, the mud is captured in place forming a smooth interface between the frame assembly and the surrounding wall surfaces.

## SUMMARY OF THE INVENTION

[0005] The present invention relates to a dry wall extrusion grille.

[0006] The dry wall extrusion grille comprises a frame, a liner bar grille, *sheet rock* screws, pre-perforated through holes, indented slots, a flexible edge.

[0007] It is an object of the present invention for the indented slots to capture joint compound or plaster.

[0008] It is an object of the present invention for the flexible edge to be used for fastening to a wall or ceiling with pre-perforated through holes.

[0009] It is an object of the present invention for a common *sheet rock* screw to be threaded into the wall material.

[0010] It is an object of the present invention for the frame to be constructed of four mitered pieces. It is an object of the present invention for the four mitered pieces to be welded together.

[0011] It is an object of the present invention for the frame to be installed with a *sheet rock* screw before plaster or a joint compound is applied.

[0012] It is an object of the present invention for the dry wall extrusion grille to be installed to a wall with four *sheet rock* screws.

[0013] It is an object of the present invention for the extrusion grille to have pre-perforated mounting through holes providing many mounting options to address multiple field conditions.

[0014] It is an object of the present invention for the extrusion grille to be a fully welded construction that provides exceptional strength for mounting in both walls and ceilings

[0015] It is an object of the present invention for the extrusion grille to have multiple, pre-punched mounting holes for fastening in a wide range of wall conditions and materials

[0016] It is an object of the present invention for the extrusion grille to have multiple, pre-punched mounting holes for attachment to underlying studs (support beams) for a wide range of center to centers.

[0017] It is an object of the present invention for the extrusion grille to have pre-punched holes accurately sized for standard wall board/*sheet rock* screws so no special hardware or tools are required.

[0018] It is an object of the present invention for the extrusion grille to have multiple indented slots along the mounting flange to provide capture points for joint compound or plaster.

[0019] It is an object of the present for the extrusion grille to comprise flexible mounting flange that fasten the grille to uneven wall surfaces.

[0020] It is an object of the present invention for the inside of the extrusion grille frame to extend 3/4" deep into the opening so that the extrusion grille is installed in a wall board or plaster ranging from about 1/4" thru about 3/4" thick.

[0021] It is an object of the present invention for the extrusion grille to allow an installer to cut a very

rough hole in a wall and slip the extrusion grille frame into the opening. With the design of the present invention there is no routing or recessed cut that is necessary. With the design of the present invention there is no blocking or added wood necessary for attachment to wall.

[0022] It is an object of the present invention for the extrusion grille to provide exceptional strength using aluminum material--thus enabling safe use in ceiling applications.

[0023] It is an object of the present invention for the extrusion grille to be used with a fixed core (core welded directly to the frame or removable core for access to either controls or filtration behind the grille).

[0024] It is an object of the present invention for the extrusion grille to be used specifically for linear bar grilles, and not used with perforated grilles or registers.

[0025] It is an object of the present invention for the extrusion grille to be mounted, so that the entire frame and grille are flush to the wall providing a seamless installation--which makes field painting much easier--also makes future cleaning of the grille simpler as can be done with simply the wipe of a rag

[0026] It is an object of the present invention for the extrusion grille to be mounted in only one way, so that it cannot be installed backward.

[0027] It is an object of the present invention for the extrusion grille to require four pieces for construction, providing faster assembly and lower cost.

[0028] It is an object of the present invention for the extrusion grille to have a special angled edge that provides a step for a standard spackle knife to rest when a plaster or joint compound is being applied. This creates a crisp, clean line set up for the application of the final skim coat of plaster (joint compound).

BRIEF DESCRIPTION OF DRAWINGS

[0029] FIG. 1 is a top view of the frame of the present invention.

[0030] FIG. 2 is a bottom view of the frame of the present invention.

[0031] FIG. 3 is side view of the flexible edge of the present invention.

[0032] FIG. 4 is a cross sectional view of the extrusion grille of the present invention.

[0033] FIG. 5 is a front view of the extrusion grille of the present invention.

[0034] FIG. 6 is a front view of the extrusion grille of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

[0035] FIG. 1 shows the frame 10 comprising four mitered pieces 12, 14, 16 and 18, which are welded at 20, 22, 24, and 26. FIG. 2 shows the bottom view of frame 10 of FIG. 1.

[0036] FIGS. 3 and 4 show the extrusion grille 30, which comprises a linear bar grille 32. The extrusion grille 30 has an aluminum profile 34, a flexible edge 34, that is used for fastening to a wall or ceiling with perforated through holes 40. The extrusion grille 30 further comprises indented slots 38 used to

capture joint compound or plaster 42.

[0037] Extrusion grille 30 further comprises a special angled edge 44 to create a step for a spackling knife to use as a straight edge. A common *sheet rock* screw 46 is threaded into the wall material.

[0038] FIG. 5 shows the extrusion grille 30 having the linear bar grille, a standard *sheet rock* screw 46, and pre-perforated mounting through holes that provide many mounting options to address multiple field conditions.

[0039] FIG. 6 shows the extrusion grille 30 installed after the plaster or joint compound is applied. The frame 10 is installed with the *sheet rock* screw 46 before plaster or joint compound is applied.

* * * * *



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

7590          03/09/2016

WEISS & WEISS
Suite 105
410 Jericho Turnpike
Jericho, NY 11753

| EXAMINER |
|---|
| COTOV, JONATHAN J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3749 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/09/2016 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | **Application No.** 13/999,038 | | **Applicant(s)** BRUHNKE ET AL. | |
|---|---|---|---|---|
| | **Examiner** JONATHAN COTOV | | **Art Unit** 3749 | **AIA (First Inventor to File) Status** Yes |

| *-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --* |
|---|

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>1/06/2014</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☐ This action is **FINAL**.   2b)☒ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-25</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☒ Claim(s) <u>1-25</u> is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☒ The drawing(s) filed on <u>1/06/2014</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
    a)☐ All  b)☐ Some** c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .
4) ☐ Other: _____.

Application/Control Number: 13/999,038                                                         Page 2
Art Unit: 3749

1.      The present application, filed on or after March 16, 2013, is being examined under the first
inventor to file provisions of the AIA.

**DETAILED ACTION**

***Claim Objections***

2.      Claim 13 is objected to because of the following informalities: "no special hardware or tools are
required" is unclear; therefore the claim has been understood as requiring a screw driver type tool to
install the fasteners.  Appropriate correction is required.

3.      Claim 21 has been understood as a Markush group. Appropriate correction is required.


***Claim Rejections - 35 USC § 112***

4.      Claims 16, 18 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second
paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter
which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

5.      Claim 16 recites the limitation "the opening" in line 2.  There is insufficient antecedent basis for
this limitation in the claim.

6.      Claim 18 is unclear as to what is being referred to. The claim has been examined as best
understood by the examiner.


***Claim Rejections - 35 USC § 102***

7.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for
the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
> (a)(1) the claimed invention was patented, described in a printed publication, or in public use,
> on sale or otherwise available to the public before the effective filing date of the claimed
> invention.

8.      Claims 1-15, 17-19, 21-25 are rejected under 35 U.S.C. 102(a)1 as being anticipated by Pettit
(US 7,771,259).

9.      Regarding claim 1, Pettit teaches a drywall extrusion grille comprising:

Application/Control Number: 13/999,038

Page 3

Art Unit: 3749

a frame (50, 60; figures 5-6),

a liner bar grille (20, column 4 lines 41-45),

sheet rock screws (5),

pre-perforated through holes (52),

indented slots (example shown in annotated figure 6 below), and

a flexible edge (per column 3 lines 62-64 the vent can be made of any suitable material for example plastic or metal, these materials would provide a flexible edge).



10.     Regarding claim 2, Pettit discloses the limitations of claim 1 above. Pettit further discloses that the indents capture joint compound or plaster (35, as seen in annotated figure 6 above).

11.     Regarding claim 3, Pettit discloses the limitations of claim 1 above. Pettit further discloses that the flexible edge is fastening to a wall or ceiling with said pre-perforated through holes (110; further the surface to which the vent is attached is a matter of intended use).

12.      Regarding claim 4, Pettit discloses the limitations of claim 1 above. Pettit further discloses that the screw is threaded into wall material (100 as seen in figure 6, further the surface to which the vent is attached is a matter of intended use).

13.     Regarding claim 5, Pettit discloses the limitations of claim 1 above. Pettit further discloses that the frame is constructed of four mitered pieces (figure 4; column 4 lines 21-24).

Application/Control Number: 13/999,038                                              Page 4
Art Unit: 3749

14.      Regarding claim 6, Pettit discloses the limitations of claim 5 above. It is noted that claim 6

contains a product by process limitation (i.e. welded together) and that the product by process limitation

does not limit the claim to recite the step, just the structure obtained by performing the step. Further, in

product-by-process claims, "once a product appearing to be substantially identical is found and a 35

U.S.C. 102/103 rejection [is] made, the burden shifts to the applicant to show an unobvious

difference."  MPEP 2113.  This rejection under 35 U.S.C. 102/103 is proper because the "patentability of

a product does not depend on its method of production."  In re Thorpe, 227 USPQ 964, 966 (Fed. Cir.

1985).

15.      Regarding claim 7, Pettit discloses the limitations of claim 1 above. Pettit further discloses that

the screw is installed before plaster is applied (as seen in figure 6 this necessarily occurs as the board

100 must be attached via screw 5 in order for the plaster 35 to have an area to be applied within).

16.      Regarding claim 8, Pettit discloses the limitations of claim 7 above. Pettit also discloses that the

grille is installed to a wall with four sheet rock screws (as seen in figure 3).

17.      Regarding claim 9, Pettit discloses the limitations of claim 1 above. Pettit further discloses that

the pre-perforated mounting through holes provide multiple mounting options to address multiple field

conditions (as seen in figure 3 the holes are provided at multiple positions on the frame which can

accommodate different conditions).

18.      Regarding claim 10, Pettit discloses the limitations of claim 1 above. It is noted that claim 10

contains a product by process limitation (i.e. welded construction) and that the product by process

limitation does not limit the claim to recite the step, just the structure obtained by performing the step.

Further, in product-by-process claims, "once a product appearing to be substantially identical is found and

a 35 U.S.C. 102/103 rejection [is] made, the burden shifts to the applicant to show an unobvious

difference."  MPEP 2113.  This rejection under 35 U.S.C. 102/103 is proper because the "patentability of

a product does not depend on its method of production."  In re Thorpe, 227 USPQ 964, 966 (Fed. Cir.

1985).

19.      Regarding claim 11, Pettit discloses the limitations of claim 1 above. Pettit further discloses that

the grille comprises multiple, pre-punched mounting holes for fastening in a wide range of wall conditions

Application/Control Number: 13/999,038                                    Page 5

Art Unit: 3749

and materials (as seen in figure 3 the holes are provided at multiple positions on the frame which can accommodate different conditions).

20.      Regarding claim 12, Pettit discloses the limitations of claim 1 above. Pettit further discloses that the grille comprises multiple, pre-punched mounting holes for attachment to underlying studs (as seen in figure 3 the holes are provided at multiple positions on the frame which can accommodate different conditions).

21.      Regarding claim 13, Pettit discloses the limitations of claim 1 above. Pettit further discloses that the grille comprises pre-punched holes accurately sized for standard wall board /sheet rock screws so no special hardware or tools are required (a simple screw drive provides attachment).

22.      Regarding claim 14, Pettit discloses the limitations of claim 1 above. Pettit also discloses that the grille comprises multiple indented slots along a mounting flange to provide capture points for joint compound or plaster (as shown in annotated figure 6 above, the slots are around all four sides of the frame).

23.      Regarding claim 15, Pettit discloses the limitations of claim 1 above. Pettit further discloses a flexible mounting flange which can fasten to uneven wall surfaces (per column 3 lines 62-64 the vent can be made of any suitable material for example plastic or metal, these materials would provide a flexible edge capable of mounting to an uneven wall).

24.      Regarding claim 17, Pettit discloses the limitations of claim 1 above. Pettit further discloses a flexible mounting flange which is capable of bending to be installed within a hole in a wall (per column 3 lines 62-64 the vent can be made of any suitable material for example plastic or metal, these materials would provide a flexible edge capable of being installed within a rough hole cut in a wall).

25.      Regarding claim 18, Pettit discloses the limitations of claim 1 above. Pettit further discloses a grille which does not require routing or recessed cutting (parts are assembled together and screwed into a wall).

26.      Regarding claim 19, Pettit discloses the limitations of claim 1 above. Pettit further discloses that no blocking or added wood is necessary for attachment to a wall (as the frame mounts via screws to the wall and can attach to studs).

Application/Control Number: 13/999,038                                   Page 6
Art Unit: 3749

27.      Regarding claim 21, Pettit discloses the limitations of claim 1 above. Pettit further discloses that

the core is removable (via screws 5).

28.      Regarding claim 22, Pettit discloses the limitations of claim 1 above. Pettit further discloses that

the grille is mounted so that it is flush to a wall (abstract; flush mount with wall).

29.      Regarding claim 23, Pettit discloses the limitations of claim 1 above. Pettit further discloses that

the grille is mounted in only one way (with respect to the inside and outside) and cannot be installed

backward (due to the shape of the grille).

30.      Regarding claim 24, Pettit discloses the limitations of claim 1 above. Pettit further discloses that

the grille has a special angled edge that provides a step for a standard spackle knife to rest when a

plaster or joint compound is being applied (80).

31.      Regarding claim 25, Pettit discloses the limitations of claim 1 above. Pettit further discloses that

the grille has a special angled edge that provides a crisp, clear line set up for application of final skim coat

of plaster (80).


### Claim Rejections - 35 USC § 103

32.      The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections

set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed
> invention is not identically disclosed as set forth in section 102 of this title, if the differences
> between the claimed invention and the prior art are such that the claimed invention as a whole
> would have been obvious before the effective filing date of the claimed invention to a person
> having ordinary skill in the art to which the claimed invention pertains.  Patentability shall not
> be negated by the manner in which the invention was made.

33.      Claims 16, 20 are rejected under 35 U.S.C. 103 as being unpatentable over Pettit (US

7,771,259).

34.      Regarding claim 16, Pettit teaches that the inside of the grille frame extends into an opening

created by the wall board so that the grille is installed in a wall board (figure 6).

Pettit is silent as to the dimension of the depth of the frame.

Application/Control Number: 13/999,038                                    Page 7
Art Unit: 3749

However, it would have been obvious to one of ordinary skill in the art at the time of the invention to change the depth of the grille, since such a modification would have involved a mere change in the size (or dimension) of a component.  A change in size (dimension) is generally recognized as being within the level of ordinary skill in the art.  In re Rose, 220 F.2d 459, 105 USPQ 237 (CCPA 1955).  Where the only difference between the prior art and the claims is a recitation of relative dimensions of the claimed device, and the device having the claimed dimensions would not perform differently than the prior art device, the claimed device is not patentably distinct from the prior art device,  Gardner v. TEC Systems, Inc., 725 F.2d 1338, 220 USPQ 777 (Fed. Cir. 1984), cert. denied, 469 U.S. 830, 225 USPQ 232 (1984).

35.      Regarding claim 20, Pettit teaches a metal material (per column 3 lines 62-64 the vent can be made of any suitable material for example plastic or metal) but does not specify aluminum.

However, it would have been obvious to one having ordinary skill in the art at the time the invention was made to have chosen aluminum material, since it has been held to be within the general skill of a worker in the art to select a known material on the basis of its suitability for the intended use as a matter of obvious design choice. In re Leshin, 125 USPQ 416.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JONATHAN COTOV whose telephone number is (571)272-2355.  The examiner can normally be reached on Monday-Thursday 7:30-4:30.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Steve McAllister can be reached on 571-272-6785.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 13/999,038                                    Page 8
Art Unit: 3749

      Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained from

either Private PAIR or Public PAIR.  Status information for unpublished applications is available through

Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC)

at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative

or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-

1000.


/JONATHAN COTOV/
Examiner, Art Unit 3749

/STEVEN B. MCALLISTER/
Supervisory Patent Examiner, Art Unit 3749

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Notice of References Cited*** | 13/999,038 | BRUHNKE ET AL. |
| | Examiner | Art Unit | |
| | JONATHAN COTOV | 3749 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-943,298 A | 12-1909 | Name not available | F24F13/08 | 454/332 |
| * | B | US-2,752,844 A | 07-1956 | SIMBLEST ALLEN L | F24F13/08 | 454/277 |
| * | C | US-5,950,384 A | 09-1999 | Aarness; James C. | F24F13/075 | 454/277 |
| * | D | US-2004/0058638 A1 | 03-2004 | Achen, John J. | F24F13/082 | 454/277 |
| * | E | US-7,140,960 B2 | 11-2006 | Pilger; Allan | F24F13/06 | 454/292 |
| * | F | US-2007/0232217 A1 | 10-2007 | Davis; Michael C. | F24F13/082 | 454/330 |
| * | G | US-7,771,259 B2 | 08-2010 | Pettit; Michael | F24F13/084 | 454/289 |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          **Notice of References Cited**          Part of Paper No. 20151130

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | Examiner | Art Unit |
| | JONATHAN COTOV | 3749 |

| ✔ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 11/30/2015 | | | | | | | |
| | 1 | ✔ | | | | | | | |
| | 2 | ✔ | | | | | | | |
| | 3 | ✔ | | | | | | | |
| | 4 | ✔ | | | | | | | |
| | 5 | ✔ | | | | | | | |
| | 6 | ✔ | | | | | | | |
| | 7 | ✔ | | | | | | | |
| | 8 | ✔ | | | | | | | |
| | 9 | ✔ | | | | | | | |
| | 10 | ✔ | | | | | | | |
| | 11 | ✔ | | | | | | | |
| | 12 | ✔ | | | | | | | |
| | 13 | ✔ | | | | | | | |
| | 14 | ✔ | | | | | | | |
| | 15 | ✔ | | | | | | | |
| | 16 | ✔ | | | | | | | |
| | 17 | ✔ | | | | | | | |
| | 18 | ✔ | | | | | | | |
| | 19 | ✔ | | | | | | | |
| | 20 | ✔ | | | | | | | |
| | 21 | ✔ | | | | | | | |
| | 22 | ✔ | | | | | | | |
| | 23 | ✔ | | | | | | | |
| | 24 | ✔ | | | | | | | |
| | 25 | ✔ | | | | | | | |

U.S. Patent and Trademark Office      Part of Paper No. : 20151130

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 1060 | F24F13/082,084.cpc. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 06:45 |
| S2 | 3 | ((("5082083") or ("7140960") or ("7771259")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 06:46 |
| S3 | 66 | ("0465561" \| "0943298" \| "1690948" \| "2654451" \| "2679796" \| "3238860" \| "3323437" \| "3522724" \| "3636340" \| "3645044" \| "3788206" \| "3888013" \| "3955483" \| "3985158" \| "4026082" \| "4122762" \| "4258784" \| "4319520" \| "4372763" \| "4377107" \| "4558582" \| "4566724" \| "4760981" \| "4815364" \| "5100445" \| "5129690" \| "5303488" \| "5338255" \| "5338256" \| "5472380" \| "5476183" \| "5505419" \| "5716270" \| "5741030" \| "5792230" \| "5928078" \| "5950384" \| "5983496" \| "6007422" \| "6192640" \| "6234894" \| "6261174" \| "6290597" \| "6302784" \| "6494780" \| "6652375" \| "6908115" \| "D268282" \| "D453042" \| "D454949" \| "D456071" \| "D456072" \| "D475131" \| "RE37086").PN. OR ("7140960" \| "7771259").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2015/11/30 06:47 |
| S4 | 40 | S1 and (plaster mud compound) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 06:53 |
| S5 | 166 | S1 and flush | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 07:12 |
| S6 | 2 | (lynne near2 bruhnke).in. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 07:14 |
| S7 | 5 | (roeper near2 daniel).in. | US-PGPUB; USPAT; USOCR; | OR | ON | 2015/11/30 07:15 |

| | | | EPO; JPO; DERWENT | | | |
|---|---|---|---|---|---|---|
| S8 | 6 | (("20040058638") or ("5928078") or ("5487701") or ("5472380") or ("4274330") or ("4026082")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 07:31 |
| S9 | 13 | (("1761250") or ("1855294") or ("2752844") or ("3249038") or ("3847175") or ("4567816") or ("5476183") or ("6604994") or ("6875102")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 07:34 |

**EAST Search History (Interference)**

< This search history is empty>

**11/30/2015 3:06:58 PM**
**C:\ Users\ jcotov\ Documents\ EAST\ Workspaces\ 13999038.wsp**

| ***Search Notes*** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | **Examiner** | **Art Unit** |
| | JONATHAN COTOV | 3749 |

| CPC- SEARCHED | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| F24F13/082, 084 | 11/30/2015 | JC |

| CPC COMBINATION SETS  - SEARCHED | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US CLASSIFICATION SEARCHED | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

| SEARCH NOTES | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| inventor name search, east text, CPC and with text, fwd/bkwd search | 11/30/2015 | JC |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| **US Class/ CPC Symbol** | **US Subclass / CPC Group** | **Date** | **Examiner** |
| | | | |

| /JONATHAN COTOV/ Examiner.Art Unit 3749 | |
|---|---|
| | |

U.S. Patent and Trademark Office

Part of Paper No. :  20151130

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

7590    04/06/2016

WEISS & WEISS
Suite 105
410 Jericho Turnpike
Jericho, NY 11753

| EXAMINER |
|---|
| COTOV, JONATHAN J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3749 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/06/2016 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| ***Applicant-Initiated Interview Summary*** | Application No. | Applicant(s) |
|---|---|---|
| | 13/999,038 | BRUHNKE ET AL. |
| | **Examiner** | **Art Unit** |
| | JONATHAN COTOV | 3749 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *JONATHAN COTOV*.

(3)*PHILLIP WIESS*.

(2) *STEVE MCALLISTER*.

(4)*DAN ROEPER*.

Date of Interview: *30 March 2016*.

Type:   ☐ Telephonic   ☐ Video Conference
       ☒ Personal [copy given to: ☒ applicant     ☒ applicant's representative]

Exhibit shown or demonstration conducted:   ☒ Yes     ☐ No.
     If Yes, brief description: *applicant showed a phyiscal model of the current application*.

Issues Discussed   ☐101   ☐112   ☒102   ☐103   ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: *1*.

Identification of prior art discussed: *Pettit (US 7,771,259)*.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

*Discussions were made on how to better define the current invention with respect to the Pettit reference. Features which can be structurally claimed to differentiate were; the bar grille with vanes and cross member, indented slots, the flexible edge, the flange, flush mounting without a stud requirement, mounting over top of drywall, and welding. Interview agenda is attached.*
*All amendments will be considered upon formal submission and no agreement was reached on patentability.*

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☒ Attachment

| /JONATHAN COTOV/<br>Examiner, Art Unit 3749 | /STEVEN B. MCALLISTER/<br>Supervisory Patent Examiner, Art Unit 3749 |
|---|---|

**Summary of Record of Interview Requirements**

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

—————

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
(The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

**Examiner to Check for Accuracy**

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

## **Agenda for Meeting on March 30, 2016**

Application Number: 13/999,038

Title: DRY WALL EXTRUSION GRILLE

Docket: P/332-6

Applicant is going to discuss the following:

- The difference between a linear bar grille and a register.

- The difference between pre-perforated through holes verses mounting hole.

- Indented slots verses fins and projections.

- Pettit does not teach a flexible edge.

- Pettit does not teach flush mounting.

- Welding verses key screws.

Docket:  P/332-6

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Patent Application of:  L. Bruhnke et al.          Serial No.:    13/999,038

Filed:          January 06, 2014                                Group Art Unit:  3749

For:            DRY WALL EXTRUSION GRILLE              Dated: May 31, 2016

Commissioner for Patents
P.O. Box 1450
Washington, D.C.  22313

### RESPONSE

The following is in response to the Office Action mailed March 09, 2016.

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks** begin on page 6 of this paper.

**Claims**

1. (Currently Amended) A dry wall extrusion grille comprising:

   a frame,

   a liner bar grille comprised of linear bars or vanes and cross members,

   ~~sheet rock screws,~~

   pre-perforated through holes,

   indented slots, and

   a flexible edge.

2. (Original) The extrusion grille of claim 1 wherein said indented slots capture joint compound or plaster.

3. (Currently Amended) The extrusion grille of claim 1 wherein said flexible edge is ~~fastening~~ fastened to a wall or ceiling with said pre-perforated through holes.

4. (Currently Amended) The extrusion grille of claim 1 further comprising ~~wherein said~~ sheet rock screws ~~is threaded into wall material~~.

5. (Currently Amended) The extrusion grille of claim 1 wherein said frame is constructed of four mitered pieces welded together.

6. (Cancelled)

7. (Currently Amended) The extrusion grille of claim ~~1~~ 4 wherein said frame is installed with said sheet rock screw before plaster or a joint compound is applied.

8. (Original) The extrusion grille of claim 7 wherein said extrusion grille is installed to a wall with four sheet rock screws.

9. (Original) The extrusion grille of claim 1 wherein said pre-perforated mounting through holes provide multiple mounting options to address multiple field conditions.

10. (Original) The extrusion grille of claim 1 wherein said extrusion grille is a fully welded construction.

11. (Original) The extrusion grille of claim 1 wherein said extrusion grille comprises multiple, pre-punched mounting holes for fastening in a wide range of wall conditions and materials

12. (Original) The extrusion grille of claim 1 wherein said extrusion grille comprises multiple, pre-punched mounting holes for attachment to underlying studs (support beams).

13. (Original) The extrusion grille of claim 1 wherein said extrusion grille comprises pre-punched holes accurately sized for standard wall board / sheet rock screws so no special hardware or tools are required.

14. (Original) The extrusion grille of claim 1 wherein said extrusion grille comprises multiple indented slots along a mounting flange to provide capture points for joint compound or plaster.

15. (Original) The extrusion grille of claim 1 wherein said extrusion grille comprises a flexible mounting flange that fastens said extrusion grille to uneven wall surfaces.

16. (Currently Amended) The extrusion grille of claim 1 wherein inside of said extrusion grille frame extends about ¾" deep into ~~the~~ opening so that said

3

extrusion grille is installed in a wall board or plaster ranging from about ¼" thru about ¾" thick.

17. (Original) The extrusion grille of claim 1 wherein said extrusion grille allows an installer to cut a rough hole in a wall and slip said extrusion grille frame into said hole.

18. (Original) The extrusion grille of claim 1 wherein no routing or recessed cut is necessary.

19. (Original) The extrusion grille of claim 1 wherein there is no blocking or added wood necessary for attachment to wall.

20. (Original) The extrusion grille of claim 1 wherein said extrusion grille is comprised of aluminum material.

21. (Original) The extrusion grille of claim 1 wherein said extrusion grille is used with a fixed core, a core welded directly to said frame or removable core for access to controls or filtration behind said grille.

22. (Original) The extrusion grille of claim 1 wherein said extrusion grille is mounted, so that said entire frame and grille are flush to a wall providing a seamless installation.

23. (Original) The extrusion grille of claim 1 wherein said extrusion grille is mounted in only one way, so that it cannot be installed backward.

24. (Original) The extrusion grille of claim 1 wherein said extrusion grille has a special angled edge that provides a step for a standard spackle knife to rest when a plaster or joint compound is being applied.

4

25. (Original) The extrusion grille of claim 1 wherein said extrusion grille has a special angled edge that provide a crisp, clean line set up for application of final skim coat of plaster (joint compound).

26. (New) The extrusion grille of claim 1 wherein said extrusion grille is flush mounted to a wall without requiring a stud.

5

## REMARKS

Applicant had an interview with the Examiner on March 30, 2016. Discussions were made on how to better define the current invention with respect to the Pettit reference. Applicant has made the amendments to the claims as discussed during the interview.

Claims 1-15, 17-19, 21-25 are rejected as being anticipated by Pettit (US 7,771,259).

Regarding claim 1, the Examiner states that Pettit teaches a drywall extrusion grille.

Pettit teaches a register which does not have vanes or linear bars, nor does it have cross members. As can be seen from column 2 lines 63-67 Pettit teaches register frames. A register does not direct airflow, as it comes out randomly. A linear bar grille directs airflow through the vanes or linear bars. Further Pettit does not teach a flexible edge due to the use of right angle tabs 40 which do not allow for a flexible edge. Further Pettit does not teach indented slots. For all of these reasons claim 1 is not anticipated or obvious over Pettit.

Regarding claim 2, for the reasons stated above for claim 1, claim 2 is not anticipated or obvious over Pettit.

Regarding claim 3, Pettit does not teach a flexible edge. For this reason and the reasons stated above claim 3 is not anticipated or obvious over Pettit.

Regarding claim 4, Pettit does not teach a sheet rock screw. For this reason and the reasons stated above for claim 1, claim 4 is not anticipated or obvious over Pettit.

Regarding claim 5, claim 5 has been amended to state that the four mitered pieces are welded together. This is not taught by Pettit as it teaches using right angle tabs 40. For this reason and the reasons stated above claim 1, claim 5 is not anticipated or obvious over Pettit.

Regarding claim 6, applicant has cancelled claim 6.

Regarding claim 7, for the reasons stated above for claim 1 and claim 4, it is not anticipated or obvious over Pettit.

Regarding claim 8, for the reasons stated above for claim 1 and claim 4, it is not anticipated or obvious over Pettit.

Regarding claim 9, for the reasons stated above for claim 1, claim 9 is not anticipated or obvious over Pettit.

Regarding claim 10, as stated above the register of Pettit uses key screws and is not welded. For this reason and the reasons stated above claim 10 is not anticipated or obvious over Pettit.

Regarding claim 11, for the reasons stated above for claim 1, claim 11 is not anticipated or obvious over Pettit.

Regarding claim 12, for the reasons stated above for claim 1, claim 12 is not anticipated or obvious over Pettit.

Regarding claim 13, for the reasons stated above for claim 1, claim 13 is not anticipated or obvious over Pettit.

Regarding claim 14, Pettit does not teach indented slots or a mounting flange. For these reasons and the reasons stated above for claim 1, claim 14 is not anticipated or obvious over Pettit.

7

Regarding claim 15, for the reasons stated above for claim 1, claim 15 is not anticipated or obvious over Pettit.

Regarding claim 17, Pettit does not teach a flexible mounting flange, for this reason and the reasons stated above for claim 1, claim 17 is not anticipated or obvious over Pettit.

Regarding claim 18, the present invention allows for a grille to be flush mounted to the wall. With regards to Pettit one would have to cut the board to allow for installation of the frame. For the reasons stated above for claim 1, claim 18 is not anticipated or obvious over Pettit.

Regarding claim 19, Pettit requires a board of wood and a stud. For this reason and the reasons stated above for claim 1, claim 19 is not anticipated or obvious over the prior art.

Regarding claim 21, for the reasons stated above for claim 1, claim 21 is not anticipated or obvious over Pettit.

Regarding claim 22, Pettit does not teach that the grille is flush mounted to a wall. For the reasons stated above for claim 1, claim 22 is not anticipated or obvious over Pettit.

Regarding claim 23, for the reasons stated above for claim 1, claim 23 is not anticipated or obvious over Pettit.

Regarding claim 24, Pettit does not teach a special angled edge. For the reasons stated above for claim 1, claim 24 is not anticipated or obvious over Pettit.

Regarding claim 25, Pettit does not teach a special angled edge. For the reasons stated above for claim 1, claim 25 is not anticipated or obvious over Pettit.

Claims 16, 20 are rejected under 35 U.S.C. 103 as being unpatenable over Pettit (US 7,771,259).

Regarding claim 16, for the reasons stated above for claim 1, claim 16 is not obvious over Pettit.

Regarding claim 20, for the reasons stated above for claim 1, claim 20 is not obvious over Pettit.

Applicant believes the application is now in condition for allowance.

Respectfully submitted,
 /philipmweiss/
Reg. No. 34,751
Attorney for Applicant
Weiss & Weiss
410 Jericho Turnpike, Suite 105
Jericho, NY  11753
(516) 739-1500

9

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 25925636 |
| **Application Number:** | 13999038 |
| **International Application Number:** | |
| **Confirmation Number:** | 2946 |
| **Title of Invention:** | Dry wall extrusion grille |
| **First Named Inventor/Applicant Name:** | Lynne  Bruhnke |
| **Correspondence Address:** | WEISS & WEISS<br><br>-<br>Suite 105<br>410 Jericho Turnpike<br>Jericho NY 11753<br>US 5167391500<br>5167392189 |
| **Filer:** | Philip M. Weiss |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | P/332-6 |
| **Receipt Date:** | 31-MAY-2016 |
| **Filing Date:** | 06-JAN-2014 |
| **Time Stamp:** | 16:02:16 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Amendment/Req. Reconsideration-After Non-Final Reject | 3326resp.pdf | 217492<br><br>c8fcd34e04ae56bf806ee5e401c05502bd4523bc | no | 9 |

| | |
|---|---|
| **Warnings:** | |
| **Information:** | |

| | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 217492 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 13/999,038 | Filing Date 01/06/2014 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE   ☒ SMALL   ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | **05/31/2016** | | | | | |
| | Total (37 CFR 1.16(i)) | * 25 | Minus | ** 25 | = 0 | x $40 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $210 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/RENEE M. COLLINS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

7590        07/26/2016

WEISS & WEISS
Suite 105
410 Jericho Turnpike
Jericho, NY 11753

| EXAMINER |
|---|
| COTOV, JONATHAN J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3749 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/26/2016 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 13/999,038 | BRUHNKE ET AL. |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | JONATHAN COTOV | 3749 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>5/31/2016</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☒ This action is **FINAL**.    2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) <u>1-5 and 7-26</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>1-5 and 7-26</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☒ The drawing(s) filed on <u>1/6/2014</u> is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All  b) ☐ Some**  c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

Application/Control Number: 13/999,038                                                        Page 2

Art Unit: 3749

1.      The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.

## DETAILED ACTION

### *Response to Arguments*

2.      Applicant's arguments with respect to claim 1 have been considered but are moot because the

arguments do not apply to the current rejection. However other relevant arguments are addressed below.

3.      **Regarding Applicant argument**: Pettit does not teach indented slots.

4.      **Examiner respectfully responds**: The examiner respectfully disagrees. An indent is defined as

a deep recess or notch. The annotated figure in the Office Action shows deep recesses or notches which

extend the length of the frame therefore forming indented slots.

5.      **Regarding Applicant argument**: Pettit does not teach a flexible edge due to right angle tabs.

6.      **Examiner respectfully responds**: The examiner respectfully disagrees. As stated in the

outstanding Office Action the vent can be made of any suitable material for example plastic or metal (col

3 lines 62-64). While it may be true there would be very little flexibility at the edges due to angle tabs,

there would certainly be flexibility at any point down the length of the frame.

7.      **Regarding Applicant argument**: Pettit would require the board to be cut to allow for installation

of the frame.

8.      **Examiner respectfully responds**: In order for a frame to be installed within a wall, the wall must

be cut. This is true for Pettit and the present application. It is possible to install Pettit without routing or

recessed cutting.

9.      **Regarding Applicant argument**: Pettit requires a board of wood and a stud.

10.     **Examiner respectfully responds**: The examiner respectfully disagrees. While Pettit does show

mounting to a stud, this is not required. As seen in figures 5-6 there is a screw fastener (5) which

penetrates the wall (30) and the mounting hole (52) and thus securing the two together. The claimed

invention must result in a structural difference between the claimed invention and the prior art in order to

patentably distinguish the claimed invention from the prior art.  If the prior art structure is capable of

Application/Control Number: 13/999,038                                                                 Page 3
Art Unit: 3749

performing the intended use, then it meets the claim. Therefore while it may be recommended to use a

stud, the structure is capable of securing without the use of one.

### Claim Rejections - 35 USC § 112

11.     The following is a quotation of 35 U.S.C. 112(b):
        (b)  CONCLUSION.—The specification shall conclude with one or more claims particularly
        pointing out and distinctly claiming the subject matter which the inventor or a joint inventor
        regards as the invention.

        The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
        The specification shall conclude with one or more claims particularly pointing out and distinctly
        claiming the subject matter which the applicant regards as his invention.

12.     Claim 1 is rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as

being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor

or a joint inventor, or for pre-AIA the applicant regards as the invention.

13.     Regarding claim 1, it is unclear if the intent is to claim that the liner bar grill is comprised of "linear

bars" or "vanes and cross members" or if the intent is "linear bars or vanes" and "cross members". For the

purposes of examination the claim has been understood as "linear bars" or "vanes and cross members".

14.     Claims 2-5, 7-26 are also rejected for their incorporation of claim 1.


### Claim Rejections - 35 USC § 103

15.     The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections

set forth in this Office action:

        A patent for a claimed invention may not be obtained, notwithstanding that the claimed
        invention is not identically disclosed as set forth in section 102 of this title, if the differences
        between the claimed invention and the prior art are such that the claimed invention as a whole
        would have been obvious before the effective filing date of the claimed invention to a person
        having ordinary skill in the art to which the claimed invention pertains.  Patentability shall not
        be negated by the manner in which the invention was made.


16.     Claims 1-4, 7-26 are rejected under 35 U.S.C. 103 as being unpatentable over Pettit (US

7,771,259) in view of Brown (US 943,298).

17.     Regarding claim 1, Pettit teaches a drywall extrusion grille comprising:

a frame (50, 60; figures 5-6),

Application/Control Number: 13/999,038

Page 4

Art Unit: 3749

a grille (20, column 4 lines 41-45),

pre-perforated through holes (52),

indented slots (example shown in annotated figure 6 below), and

a flexible edge (per column 3 lines 62-64 the vent can be made of any suitable material for example plastic or metal, these materials would provide a flexible edge).



Pettit does not teach that the grille is comprised of linear bars or vanes and cross members but does show a removable grill which can be of any of a similar nature (figure 3 and col 4 lines 41-45).

Brown teaches a flush wall frame for air registers with a removable grille comprising linear bars (as seen in figures 1-3).

It would have been obvious to one having ordinary skill in the art before the effective filing date of the invention to have modified the grille type as taught by Pettit to be a linear bar grille as taught by Brown as it is the simple substitution of one known element for another to obtain predictable results.

18.     Regarding claim 2, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that the indents capture joint compound or plaster (35, as seen in annotated figure 6 above).

Application/Control Number: 13/999,038 Page 5
Art Unit: 3749

19.      Regarding claim 3, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches

that the flexible edge is fastening to a wall or ceiling with said pre-perforated through holes (110; further

the surface to which the vent is attached is a matter of intended use).

20.       Regarding claim 4, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches

sheet rock screw (5). The screw type chosen is a matter of intended use and user design choice.


21.       Regarding claim 7, Pettit and Brown teach the limitations of claim 4 above. Pettit further teaches

that the screw is installed before plaster is applied (as seen in figure 6 this necessarily occurs as the

board 100 must be attached via screw 5 in order for the plaster 35 to have an area to be applied within).

Further, the order is a matter of intended use and while it may not be efficient to install in a different order,

it is possible.

22.       Regarding claim 8, Pettit and Brown teach the limitations of claim 7 above. Pettit also teaches

that the grille is installed to a wall with four sheet rock screws (as seen in figures 3 and 5). Further it is an

obvious matter of design choice regarding the number and type of screws used to install the frame.

23.       Regarding claim 9, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches

that the pre-perforated mounting through holes provide multiple mounting options to address multiple field

conditions (as seen in figure 3 the holes are provided at multiple positions on the frame which can

accommodate different conditions).

24.       Regarding claim 10, Pettit and Brown teach the limitations of claim 1 above. It is noted that claim

10 contains a product by process limitation (i.e. welded construction) and that the product by process

limitation does not limit the claim to recite the step, just the structure obtained by performing the step.

Further, in product-by-process claims, "once a product appearing to be substantially identical is found and

a 35 U.S.C. 102/103 rejection [is] made, the burden shifts to the applicant to show an unobvious

difference."  MPEP 2113.  This rejection under 35 U.S.C. 102/103 is proper because the "patentability of

a product does not depend on its method of production."  In re Thorpe, 227 USPQ 964, 966 (Fed. Cir.

1985).

Application/Control Number: 13/999,038                                              Page 6
Art Unit: 3749

25.       Regarding claim 11, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches

that the grille comprises multiple, pre-punched mounting holes for fastening in a wide range of wall

conditions and materials (as seen in figure 3 the holes are provided at multiple positions on the frame

which can accommodate different conditions).

26.       Regarding claim 12, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches

that the grille comprises multiple, pre-punched mounting holes for attachment to underlying studs (as

seen in figure 3 the holes are provided at multiple positions on the frame which can accommodate

different conditions).

27.       Regarding claim 13, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches

that the grille comprises pre-punched holes accurately sized for standard wall board /sheet rock screws

so no special hardware or tools are required (a simple screw drive provides attachment).

28.       Regarding claim 14, Pettit and Brown teach the limitations of claim 1 above. Pettit also teaches

that the grille comprises multiple indented slots along a mounting flange to provide capture points for joint

compound or plaster (as shown in annotated figure 6 above, the slots are around all four sides of the

frame).

29.       Regarding claim 15, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches

a flexible mounting flange which can fasten to uneven wall surfaces (per column 3 lines 62-64 the vent

can be made of any suitable material for example plastic or metal, these materials would provide a

flexible edge capable of mounting to an uneven wall).

30.       Regarding claim 16, Pettit and Brown teach the limitations of claim 1 above. Pettit also teaches

that the inside of the grille frame extends into an opening created by the wall board so that the grille is

installed in a wall board (figure 6).

Pettit is silent as to the dimension of the depth of the frame.

However, it would have been obvious to one of ordinary skill in the art at the time of the invention to

change the depth of the grille, since such a modification would have involved a mere change in the size

(or dimension) of a component.  A change in size (dimension) is generally recognized as being within the

level of ordinary skill in the art.  In re Rose, 220 F.2d 459, 105 USPQ 237 (CCPA 1955).  Where the only

Case 2:21-cv-05107-GRB-ST  Document 32-3  Filed 10/31/22  Page 81 of 177 PageID #: 571

difference between the prior art and the claims is a recitation of relative dimensions of the claimed device, and the device having the claimed dimensions would not perform differently than the prior art device, the claimed device is not patentably distinct from the prior art device, Gardner v. TEC Systems, Inc., 725 F.2d 1338, 220 USPQ 777 (Fed. Cir. 1984), cert. denied, 469 U.S. 830, 225 USPQ 232 (1984).

31.     Regarding claim 17, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches a flexible mounting flange which is capable of bending to be installed within a hole in a wall (per column 3 lines 62-64 the vent can be made of any suitable material for example plastic or metal, these materials would provide a flexible edge capable of being installed within a rough hole cut in a wall).

32.     Regarding claim 18, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches a grille which does not require routing or recessed cutting (parts are assembled together and screwed into a wall).

33.     Regarding claim 19, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that no blocking or added wood is necessary for attachment to a wall (as the frame mounts via screws to the wall and can attach to studs).

34.     Regarding claim 20, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches a metal material (per column 3 lines 62-64 the vent can be made of any suitable material for example plastic or metal) but does not specify aluminum.

However, it would have been obvious to one having ordinary skill in the art at the time the invention was made to have chosen aluminum material, since it has been held to be within the general skill of a worker in the art to select a known material on the basis of its suitability for the intended use as a matter of obvious design choice. In re Leshin, 125 USPQ 416.

35.     Regarding claim 21, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that the core is removable (via screws 5).

36.     Regarding claim 22, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that the grille is mounted so that it is flush to a wall (abstract; flush mount with wall).

Application/Control Number: 13/999,038                                      Page 8
Art Unit: 3749

37.      Regarding claim 23, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that the grille is mounted in only one way (with respect to the inside and outside) and cannot be installed backward (due to the shape of the grille).

38.      Regarding claim 24, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that the grille has a special angled edge that provides a step for a standard spackle knife to rest when a plaster or joint compound is being applied (80).

39.      Regarding claim 25, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that the grille has a special angled edge that provides a crisp, clear line set up for application of final skim coat of plaster (80).

40.      Regarding claim 26, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that the grille is flush mounted to a wall without requiring a stud.

While Pettit does show mounting to a stud, this is not required. As seen in figures 5-6 there is a screw fastener (5) which penetrates the wall (30) and the mounting hole (52) and thus securing the two together. The claimed invention must result in a structural difference between the claimed invention and the prior art in order to patentably distinguish the claimed invention from the prior art.  If the prior art structure is capable of performing the intended use, then it meets the claim. Therefore while it may be recommended to use a stud, the structure is capable of securing without the use of one.


41.      Claims 5 and 10 are rejected under 35 U.S.C. 103 as being unpatentable over Pettit and Brown as applied to claim 1 above, and further in view of **Brown (US 5,863,310) hereafter Brown '310.**

42.      Regarding claim 5, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that the frame is constructed of four mitered pieces (figure 4; column 4 lines 21-24).

Pettit does not teach that the pieces are adjoined by welding.

Brown '310 teaches a flush mount grill wherein the frame is joined by welding (col 4 lines 42-50).

It would have been obvious to one having ordinary skill in the art before the effective filing date of the invention to have modified the frame adjoining method as taught by Pettit by using welds as taught by

Application/Control Number: 13/999,038                                          Page 9

Art Unit: 3749

Brown '310 as it is the use of a known technique to improve similar devices in the same way (increased strength).

43.     Regarding claim 10, Pettit and Brown teach the limitations of claim 1 above. Pettit further teaches that the frame is constructed of four mitered pieces (figure 4; column 4 lines 21-24).

Pettit does not teach that the pieces are adjoined by welding.

Brown '310 teaches a flush mount grill wherein the frame is joined by welding (col 4 lines 42-50).

It would have been obvious to one having ordinary skill in the art before the effective filing date of the invention to have modified the frame adjoining method as taught by Pettit by using welds as taught by Brown '310 as it is the use of a known technique to improve similar devices in the same way (increased strength).

### Conclusion

44.     Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JONATHAN COTOV whose telephone number is (571)272-2355. The examiner can normally be reached on Monday-Thursday 7:30-4:30.

Application/Control Number: 13/999,038                                   Page 10
Art Unit: 3749

     If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Steve McAllister can be reached on 571-272-6785.  The fax phone number for the organization where

this application or proceeding is assigned is 571-273-8300.

     Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained from

either Private PAIR or Public PAIR.  Status information for unpublished applications is available through

Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC)

at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative

or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-

1000.

/JONATHAN COTOV/
Examiner, Art Unit 3749

/STEVEN B. MCALLISTER/
Supervisory Patent Examiner, Art Unit 3749

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| ***Notice of References Cited*** | | 13/999,038 | BRUHNKE ET AL. |
| | | Examiner | Art Unit | |
| | | JONATHAN COTOV | 3749 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-7,771,259 B2 | 08-2010 | Pettit; Michael | F24F13/084 | 454/289 |
| * | B | US-943,298 A | 12-1909 | Brown | F24F13/08 | 454/332 |
| * | C | US-5,863,310 A | 01-1999 | Brown; Barbara L. | B01D46/0005 | 454/284 |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| ***Search Notes*** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | **Examiner** | **Art Unit** |
| | JONATHAN COTOV | 3749 |

### CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| F24F13/082, 084 | 11/30/2015 | JC |
| F24F13/082, 084 | 6/7/2016 | JC |

### CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

### US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| inventor name search, east text, CPC and with text, fwd/bkwd search | 11/30/2015 | JC |
| updated class search, east text search, fwd/bkwd search | 6/7/2016 | JC |

### INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| /JONATHAN COTOV/ Examiner.Art Unit 3749 | |
|---|---|
| | |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 12 | (US-20070232217-$ or US-20040058638-$).did. or (US-7771259-$ or US-7140960-$ or US-0943298-$ or US-5950384-$ or US-6908115-$ or US-6234894-$ or US-5928078-$ or US-5863310-$ or US-5144099-$).did. or (US-2752844-$).did. | US-PGPUB; USPAT; USOCR | OR | ON | 2016/06/07 15:27 |
| L2 | 5 | 1 and weld$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 15:27 |
| S1 | 1060 | F24F13/082,084.cpc. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 06:45 |
| S2 | 3 | (("5082083") or ("7140960") or ("7771259")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 06:46 |
| S3 | 66 | ("0465561" \| "0943298" \| "1690948" \| "2654451" \| "2679796" \| "3238860" \| "3323437" \| "3522724" \| "3636340" \| "3645044" \| "3788206" \| "3888013" \| "3955483" \| "3985158" \| "4026082" \| "4122762" \| "4258784" \| "4319520" \| "4372763" \| "4377107" \| "4558582" \| "4566724" \| "4760981" \| "4815364" \| "5100445" \| "5129690" \| "5303488" \| "5338255" \| "5338256" \| "5472380" \| "5476183" \| "5505419" \| "5716270" \| "5741030" \| "5792230" \| "5928078" \| "5950384" \| "5983496" \| "6007422" \| "6192640" \| "6234894" \| "6261174" \| "6290597" \| "6302784" \| "6494780" \| "6652375" \| "6908115" \| "D268282" \| "D453042" \| "D454949" \| "D456071" \| "D456072" \| "D475131" \| "RE37086").PN. OR ("7140960" \| "7771259").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2015/11/30 06:47 |
| S4 | 40 | S1 and (plaster mud compound) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 06:53 |
| S5 | 166 | S1 and flush | US-PGPUB; USPAT; USOCR; | OR | ON | 2015/11/30 07:12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; DERWENT | | | |
| S6 | 2 | (lynne near2 bruhnke).in. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 07:14 |
| S7 | 5 | (roeper near2 daniel).in. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 07:15 |
| S8 | 6 | (("20040058638") or ("5928078") or ("5487701") or ("5472380") or ("4274330") or ("4026082")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 07:31 |
| S9 | 13 | (("1761250") or ("1855294") or ("2752844") or ("3249038") or ("3847175") or ("4567816") or ("5476183") or ("6604994") or ("6875102")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 07:34 |
| S10 | 2479 | flush and wall and access near3 panel and screw | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 09:58 |
| S11 | 10 | flush with wall with access near3 panel same screw | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 09:59 |
| S12 | 151 | "454".clas. and (dry adj wall drywall) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:01 |
| S13 | 46 | S12 and flush | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:01 |
| S14 | 12 | ("2654451" | "4026082" | "4319520" | "4566724" | "5100445" | "5303488" | "5472380" | "5928078" | "5950384" | "6234894" | "6908115").PN. OR ("7771259").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2016/06/07 10:03 |
| S15 | 70 | ("0124663" | "0674991" | "0703409" | "1274996" | "1336210" | "1429811" | "1488694" | "1911851" | "2080726" | "2104208" | "2216420" | "2229388" | "2587633" | "2743660" | "3232205" | "3236171" | "3528359" | "3559560" | "3589265" | "4502368" | "4566724" | "4773197" | "4773308" | "4829886" | "5163871" | "5180331" | "5266091" | | US-PGPUB; USPAT; USOCR | OR | | 2016/06/07 10:05 |

| | | "5275405" \| "5472380" \| "5503181" \| "5542223" \| "5551915" \| "5597392" \| "5720660" \| "5792230" \| "5928078" \| "5947815" \| "6019677" \| "6066044" \| "6461235" \| "D284996" \| "D338060" \| "D362059").PN. OR ("5928078" \| "6234894" \| "6908115").URPN. | | | | |
|---|---|---|---|---|---|---|
| S16 | 45 | (dry adj wall drywall) with flush with frame | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:12 |
| S17 | 2 | (dry adj wall drywall) with flush with vent | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:13 |
| S18 | 8 | (dry adj wall drywall) with flush with (register grill) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:13 |
| S19 | 0 | (wallboard) with flush with (register grill) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:17 |
| S20 | 31 | (wallboard) with flush with frame | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:17 |
| S21 | 5 | (("5020293") or ("5144099") or ("20090034241") or ("7607793") or ("20110283632")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2016/06/07 10:18 |

**EAST Search History (Interference)**

< This search history is empty>

**6/7/2016 4:00:38 PM**
**C:\ Users\ jcotov\ Documents\ EAST\ Workspaces\ 13999038.wsp**

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **Index of Claims** | 13999038 | BRUHNKE ET AL. |
| | **Examiner** | **Art Unit** |
| | JONATHAN COTOV | 3749 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 11/30/2015 | 06/07/2016 | | | | | | |
| | 1 | ✓ | ✓ | | | | | | |
| | 2 | ✓ | ✓ | | | | | | |
| | 3 | ✓ | ✓ | | | | | | |
| | 4 | ✓ | ✓ | | | | | | |
| | 5 | ✓ | ✓ | | | | | | |
| | 6 | ✓ | - | | | | | | |
| | 7 | ✓ | ✓ | | | | | | |
| | 8 | ✓ | ✓ | | | | | | |
| | 9 | ✓ | ✓ | | | | | | |
| | 10 | ✓ | ✓ | | | | | | |
| | 11 | ✓ | ✓ | | | | | | |
| | 12 | ✓ | ✓ | | | | | | |
| | 13 | ✓ | ✓ | | | | | | |
| | 14 | ✓ | ✓ | | | | | | |
| | 15 | ✓ | ✓ | | | | | | |
| | 16 | ✓ | ✓ | | | | | | |
| | 17 | ✓ | ✓ | | | | | | |
| | 18 | ✓ | ✓ | | | | | | |
| | 19 | ✓ | ✓ | | | | | | |
| | 20 | ✓ | ✓ | | | | | | |
| | 21 | ✓ | ✓ | | | | | | |
| | 22 | ✓ | ✓ | | | | | | |
| | 23 | ✓ | ✓ | | | | | | |
| | 24 | ✓ | ✓ | | | | | | |
| | 25 | ✓ | ✓ | | | | | | |
| | 26 | | ✓ | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No. : 20160607

PTO/SB/30 (10-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REQUEST
## FOR
# CONTINUED EXAMINATION (RCE)
## TRANSMITTAL
Address to:
**Commissioner for Patents**
**Box RCE**
**Washington, DC 20231**

| | |
|---|---|
| Application Number | 13/999,038 |
| Filing Date | 1/6/14 |
| First Named Inventor | L. Bruhnke et al. |
| Art Unit | 3749 |
| Examiner Name | J. Cotov |
| Attorney Docket Number | P/332-6 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. ☐ **Submission required under 37 CFR 1.114**

   a. ☐ Previously submitted
     i. ☐ Consider the amendment(s)/reply under 37 CFR 1.116 previously filed on _____
       (Any unentered amendment(s) referred to above will be entered).
     ii. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____
     iii. ☐ Other _____

   b. ☑ Enclosed
     i. ☑ Amendment/Reply      iii. ☐ Information Disclosure Statement (IDS)
     ii. ☐ Affidavit(s)/Declaration(s)      iv. ☐ Other _____

2. ☐ **Miscellaneous**

   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)
   b. ☐ Other _____

3. ☐ **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. ☐ The Director is hereby authorized to charge the following fees, or credit any overpayments, to Deposit Account No. _____
     i. ☑ RCE fee required under 37 CFR 1.17(e)
     ii. ☑ Extension of time fee (37 CFR 1.136 and 1.17)
     iii. ☐ Other _____

   b. ☐ Check in the amount of $ _____ enclosed
   c. ☐ Payment by credit card (Form PTO-2038 enclosed)
     **WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| Name (Print /Type) | /Philip M. Weiss/ | Registration No. (Attorney/Agent) | 34,751 |
|---|---|---|---|
| Signature | /Philip M. Weiss/ | Date | December 27, 2016 |

| Name (Print/Type) | | | |
|---|---|---|---|
| Signature | | Date | December 27, 2016 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND Fees and Completed Forms to the following address: Assistant Commissioner for Patents, Box RCE, Washington, DC 20231.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13999038 |
| **Filing Date:** | 06-Jan-2014 |
| **Title of Invention:** | Dry wall extrusion grille |
| **First Named Inventor/Applicant Name:** | Lynne Bruhnke |
| **Filer:** | Philip M. Weiss |
| **Attorney Docket Number:** | P/332-6 |

Filed as Small Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 2 months with $0 paid | 2252 | 1 | 300 | 300 |
| **Miscellaneous:** | | | | |
| RCE- 1st Request | 2801 | 1 | 600 | 600 |
| **Total in USD ($)** | | | | **900** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 27910661 |
| **Application Number:** | 13999038 |
| **International Application Number:** | |
| **Confirmation Number:** | 2946 |
| **Title of Invention:** | Dry wall extrusion grille |
| **First Named Inventor/Applicant Name:** | Lynne  Bruhnke |
| **Correspondence Address:** | WEISS & WEISS<br>-<br>Suite 105<br>410 Jericho Turnpike<br>Jericho          NY      11753<br>US    5167391500<br>5167392189 |
| **Filer:** | Philip M. Weiss |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | P/332-6 |
| **Receipt Date:** | 27-DEC-2016 |
| **Filing Date:** | 06-JAN-2014 |
| **Time Stamp:** | 19:38:36 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $900 |

| RAM confirmation Number | 122816INTEFSW19404100 |
|---|---|
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Response After Final Action | 3326response.pdf | 321958<br><br>03f17faf62d3c72d55f77fe3e2b882b54da9c420 | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Request for Continued Examination (RCE) | 3326rce1.pdf | 88615<br><br>a2806917389d9002a5f75d1f2744160e64cabbae | no | 1 |
| **Warnings:** | | | | | |
| This is not a USPTO supplied RCE SB30 form. | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 32166<br><br>333afccd90fa9ef79e7cb737ea60b0324976da1b | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 442739 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Docket:  P/332-6

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Patent Application of:  L. Bruhnke et al.　　　　Serial No.:　　13/999,038

Filed:　　　January 06, 2014　　　　　　　　　　Group Art Unit:  3749

For:　　　DRY WALL EXTRUSION GRILLE　　　　Dated: December 27, 2016

Commissioner for Patents
P.O. Box 1450
Washington, D.C.  22313

### RESPONSE

The following is in response to the Office Action mailed July 26, 2016.

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks** begin on page 6 of this paper.

### Claims

1. (Currently Amended) A dry wall extrusion grille comprising:

   a frame,

   a ~~liner~~ linear bar grille comprised of ~~linear bars or~~ vanes and cross members that direct flow of air,

   pre-perforated through holes,

   indented slots, and

   a flexible edge;

   said indented slots defined as small recesses in a mounting flange that receive plaster, joint compound or mud.

2. (Cancelled)

3. (Previously Presented) The extrusion grille of claim 1 wherein said flexible edge is fastened to a wall or ceiling with said pre-perforated through holes.

4. (Previously Presented) The extrusion grille of claim 1 further comprising sheet rock screws.

5. (Previously Presented) The extrusion grille of claim 1 wherein said frame is constructed of four mitered pieces welded together.

6. (Cancelled)

7. (Previously Presented) The extrusion grille of claim 4 wherein said frame is installed with said sheet rock screw before plaster or a joint compound is applied.

8. (Original) The extrusion grille of claim 7 wherein said extrusion grille is installed to a wall with four sheet rock screws.

2

9. (Original) The extrusion grille of claim 1 wherein said pre-perforated mounting through holes provide multiple mounting options to address multiple field conditions.

10. (Original) The extrusion grille of claim 1 wherein said extrusion grille is a fully welded construction.

11. (Original) The extrusion grille of claim 1 wherein said extrusion grille comprises multiple, pre-punched mounting holes for fastening in a wide range of wall conditions and materials

12. (Original) The extrusion grille of claim 1 wherein said extrusion grille comprises multiple, pre-punched mounting holes for attachment to underlying studs (support beams).

13. (Original) The extrusion grille of claim 1 wherein said extrusion grille comprises pre-punched holes accurately sized for standard wall board / sheet rock screws so no special hardware or tools are required.

14. (Cancelled)

15. (Original) The extrusion grille of claim 1 wherein said extrusion grille comprises a flexible mounting flange that fastens said extrusion grille to uneven wall surfaces.

16. (Previously Presented) The extrusion grille of claim 1 wherein inside of said extrusion grille frame extends about ¾" deep into opening so that said extrusion grille is installed in a wall board or plaster ranging from about ¼" thru about ¾" thick.

3

17. (Original) The extrusion grille of claim 1 wherein said extrusion grille allows an installer to cut a rough hole in a wall and slip said extrusion grille frame into said hole.

18. (Original) The extrusion grille of claim 1 wherein no routing or recessed cut is necessary.

19. (Original) The extrusion grille of claim 1 wherein there is no blocking or added wood necessary for attachment to wall.

20. (Original) The extrusion grille of claim 1 wherein said extrusion grille is comprised of aluminum material.

21. (Original) The extrusion grille of claim 1 wherein said extrusion grille is used with a fixed core, a core welded directly to said frame or removable core for access to controls or filtration behind said grille.

22. (Original) The extrusion grille of claim 1 wherein said extrusion grille is mounted, so that said entire frame and grille are flush to a wall providing a seamless installation.

23. (Original) The extrusion grille of claim 1 wherein said extrusion grille is mounted in only one way, so that it cannot be installed backward.

24. (Original) The extrusion grille of claim 1 wherein said extrusion grille has a special angled edge that provides a step for a standard spackle knife to rest when a plaster or joint compound is being applied.

25. (Original) The extrusion grille of claim 1 wherein said extrusion grille has a special angled edge that provide a crisp, clean line set up for application of final skim coat of plaster (joint compound).

4

26. (Previously Presented) The extrusion grille of claim 1 wherein said extrusion grille is flush mounted to a wall without requiring a stud.

## REMARKS

The Examiner has rejected claim 1 as being indefinite as to the linear bar grill is comprised of "linear bars" or "vanes and cross members". For examination the Examiner has interpreted it as "linear bars" or "vanes and cross members".

Applicant has amended the claim accordingly.

Claims 1-4, 7-26 are rejected as being obvious by Pettit (US 7,771,259) in view of Brown, '943,298.

Regarding claim 1, the Examiner states that Pettit teaches a drywall extrusion grille, comprising a frame (50, 60), a grille (20, 4:41-45), pre-perforated holes (52); indented slots (fig. 6), and a flexible edge. The Examiner admits that Petit does not teach that the grille is comprised of vanes and cross members.

The Examiner states that Brown teaches a flush wall frame for air registers with a removable grille comprising linear bars (figs 1-3). Again Brown teaches a register which does not teach vanes and cross members, nor does it teach any component that directs the flow of air that is required by the amended claims. Therefore, the prior art does not teach or make obvious this element of the claim.

With regards to the indented slots, the claims define the indented slot as is shown in the figures and described in the specification as small recesses in a mounting flange that receive plaster, joint compound or mud. This is not taught by the prior art. Petit specifically teaches fins and projections that come from the frame where the plaster needs to go under the fin.

6

Further, Petit does not teach a flexible edge due to the use of right angle tabs 40 which do not allow for a flexible edge. For all of these reasons claim 1 is not anticipated or obvious over the prior art.

Regarding claim 3, Pettit and Brown do not teach a flexible edge. For this reason and the reasons stated above claim 3 is not obvious over Pettit and Brown.

Regarding claim 4, Pettit and Brown do not teach a sheet rock screw. For this reason and the reasons stated above, claim 4 is not obvious over Pettit and Brown.

Regarding claim 7, for the reasons stated above for claim 1 and claim 4, it is not obvious over Pettit and Brown.

Regarding claim 8, for the reasons stated above for claim 1 and claim 4, it is not obvious over Pettit and Brown.

Regarding claim 9, for the reasons stated above for claim 1, claim 9 is not obvious over Pettit and Brown.

Regarding claim 10, the register of Pettit uses key screws and is not welded and provides for a completely different structure. For this reason and the reasons stated above, claim 10 is not obvious over Pettit and Brown.

Regarding claim 11, for the reasons stated above for claim 1, claim 11 is not obvious over Pettit and Brown.

Regarding claim 12, for the reasons stated above for claim 1, claim 12 is not obvious over Pettit and Brown.

Regarding claim 13, for the reasons stated above for claim 1, claim 13 is not obvious over Pettit and Brown.

7

Regarding claim 15, for the reasons stated above for claim 1, claim 15 is not obvious over Pettit and Brown.

Regarding claim 16, for the reasons stated above for claim 1, claim 16 is not obvious over Petit and Brown.

Regarding claim 17, Pettit does not teach a flexible mounting flange, for this reason and the reasons stated above for claim 1, claim 17 is not obvious over Pettit and Brown.

With regards to claim 18, Pettit would have to cut the board to allow for installation of the frame. For this reason and the reasons stated above for claim 1, claim 18 is not obvious over Pettit and Brown.

Regarding claim 19, Pettit requires a board of wood and a stud. For this reason and the reasons stated above for claim 1, claim 19 is not anticipated over Petit and Brown.

Regarding claim 20, for the reasons stated above for claim 1, claim 20 is not obvious over Pettit and Brown.

Regarding claim 21, for the reasons stated above for claim 1, claim 21 is not obvious over Pettit and Brown.

Regarding claim 22, Pettit does not teach that the grille is flush mounted to a wall.  For this reason and the reasons stated above for claim 1, claim 22 is not obvious over Pettit and Brown.

Regarding claim 23, for the reasons stated above for claim 1, claim 23 is not obvious over Pettit and Brown.

8

Regarding claim 24, Pettit does not teach a special angled edge.  For this reason and the reasons stated above for claim 1, claim 24 is not obvious over Pettit and Brown.

Regarding claim 25, Pettit does not teach a special angled edge. For this reason and the reasons stated above for claim 1, claim 25 is not obvious over Pettit and Brown.

Regarding claim 26, for the reasons stated above for claim 1, claim 26 is not obvious over Petit and Brown.

The Examiner has rejected claims 5 and 10 as being obvious over Petit and Brown and further in view of '310 patent.

Regarding claim 5, the Examiner states that Petit teaches a frame constructed of four mitered pieces (fig. 4, 4:21-24).  Petit does not teach that the pieces are adjoined by welding.  The Examiner wishes to combine the '310 teaching of a welded frame, to Petit to increase strength.

However, the teachings cannot be combined as Petit teaches that the linear tabs joined by L-shaped tab elements are crucial to his invention and is what is different from his invention and the prior art.  Col. 2 lines 32-35.  For this reason and the reasons stated above for claim 1, claim 5 is not obvious over Pettit, Brown and '310.

Regarding claim 10, as stated above the register of Pettit uses key screws and is not welded and provides for a completely different structure. For this reason and the reasons stated above for claim 1 and 5, claim 10 is not obvious over Pettit, Brown and '310.

9

Applicant believes the application is now in condition for allowance.

Respectfully submitted,
 /philipmweiss/
Reg. No. 34,751
Attorney for Applicant
Weiss & Weiss
410 Jericho Turnpike, Suite 105
Jericho, NY  11753
(516) 739-1500

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

| Application or Docket Number | Filing Date | |
|---|---|---|
| 13/999,038 | 01/06/2014 | ☐ To be Mailed |

**ENTITY:**  ☐ LARGE   ☒ SMALL   ☐ MICRO

### APPLICATION AS FILED – PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| AMENDMENT | **12/27/2016** | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 23 | Minus ** 25 | = 0 | x $40 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus *** 3 | = 0 | x $210 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| AMENDMENT | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
RUTH LLOYD

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | |
|---|---|---|---|
| 7590 | 02/27/2017 | | |

WEISS & WEISS
SUITE 105
410 JERICHO TURNPIKE
JERICHO, NY 11753

| EXAMINER |
|---|
| COTOV, JONATHAN J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3749 | |

DATE MAILED: 02/27/2017

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

TITLE OF INVENTION: Dry wall extrusion grille

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 05/30/2017 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** **Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax**   **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590   02/27/2017

WEISS & WEISS
SUITE 105
410 JERICHO TURNPIKE
JERICHO, NY 11753

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

TITLE OF INVENTION: Dry wall extrusion grille

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 05/30/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COTOV, JONATHAN J | 3749 | 454-330000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

**4a. The following fee(s) are submitted:**
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.   OMB 0651-0033   U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



U NITED S TATES P ATENT AND T RADEMARK O FFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

| | |
|---|---|
| 7590   02/27/2017 | EXAMINER |
| WEISS & WEISS | COTOV, JONATHAN J |
| SUITE 105 | |
| 410 JERICHO TURNPIKE | ART UNIT \| PAPER NUMBER |
| JERICHO, NY 11753 | 3749 |

DATE MAILED: 02/27/2017

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:
1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 13/999,038 | Applicant(s) BRUHNKE ET AL. | |
|---|---|---|---|
| | Examiner JONATHAN COTOV | Art Unit 3749 | AIA (First Inventor to File) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *RCE filed 12/27/2016*.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1,3-5,7-13 and 15-26*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

      a) ☐ All   b) ☐ Some   *c) ☐ None of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☒ Examiner's Amendment/Comment

6. ☒ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

/JONATHAN COTOV/
Examiner, Art Unit 3749

Application/Control Number: 13/999,038                                        Page 2

Art Unit: 3749

1.      The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.


**EXAMINER'S AMENDMENT**

An examiner's amendment to the record appears below. Should the changes and/or additions be

unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure

consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with PHILLIP

WEISS on 1/25/2017.


**IN THE CLAIMS:**

The application has been amended as follows:

In claim 1, line 3, --located in said frame-- was inserted between "bar grille" and "comprised of".

In claim 1, line 4, --a-- was inserted between "direct" and "flow of air".

In claim 1, line 7, "a flexible edge" was replaced by the following text: --a flexible mounting flange

located between a top and bottom edge of the frame and extending outwardly from said frame--.

In claim 1, line 8, "in a mounting flange" was replaced by the following text: --in said flexible

mounting flange--.

In claim 1, line 9, --, said pre-perforated through holes located in the flexible mounting flange--

was inserted between "mud" and ".".

In claim 3, "said flexible edge" was replaced by the following text: --said flexible mounting flange--

.

In claim 15, "wherein said extrusion grille comprises a flexible mounting flange that fastens" was

replaced by the following text: --wherein said flexible mounting flange fastens--.


**IN THE SPECIFICATION:**

The application has been amended as follows:

Application/Control Number: 13/999,038                                      Page 3
Art Unit: 3749

On page 5, line 21, "a flexible edge 34" was replaced by the following text: --a flexible mounting
flange 36--.


### Allowable Subject Matter

Claims 1, 3-5, 7-13, 15-26 are allowed.

The following is an examiner's statement of reasons for allowance: As best seen in Figures 3-4,
the location of the flexible mounting flange is slightly below the top edge of the frame as to provide a
space for plaster to be applied which gives the product a flush appearance. The prior art does not teach
the claimed invention with the location of the mounting flange being between a top and bottom edge of
the frame.

Any comments considered necessary by applicant must be submitted no later than the payment
of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such
submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."


### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should
be directed to JONATHAN COTOV whose telephone number is (571)272-2355.  The examiner can
normally be reached on Monday-Thursday 7:30-4:30.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Steve McAllister can be reached on 571-272-6785.  The fax phone number for the organization where
this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 13/999,038                                              Page 4
Art Unit: 3749

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/JONATHAN COTOV/
Examiner, Art Unit 3749

/STEVEN B. MCALLISTER/
Supervisory Patent Examiner, Art Unit 3749

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 13/999,038 | BRUHNKE ET AL. |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | JONATHAN COTOV | 3749 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-6,908,115 B2 | 06-2005 | Synder; Darryl L. | F24F13/084 | 285/189 |
| * | B | US-6,234,894 B1 | 05-2001 | Goracke; Mark A. | F24F13/082 | 454/290 |
| * | C | US-5,928,078 A | 07-1999 | Moore; Michael A. | F24F13/068 | 285/341 |
| * | D | US-5,863,310 A | 01-1999 | Brown; Barbara L. | B01D46/0005 | 454/284 |
| * | E | US-5,144,099 A | 09-1992 | Cardy; Ronald | H02G3/14 | 174/66 |
| * | F | US-9,024,186 B1 | 05-2015 | Gonzalez; Brian | H02G3/14 | 174/66 |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          **Notice of References Cited**          Part of Paper No. 20170125

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 1060 | F24F13/082,084.cpc. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 06:45 |
| S2 | 3 | (("5082083") or ("7140960") or ("7771259")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 06:46 |
| S3 | 66 | ("0465561" \| "0943298" \| "1690948" \| "2654451" \| "2679796" \| "3238860" \| "3323437" \| "3522724" \| "3636340" \| "3645044" \| "3788206" \| "3888013" \| "3955483" \| "3985158" \| "4026082" \| "4122762" \| "4258784" \| "4319520" \| "4372763" \| "4377107" \| "4558582" \| "4566724" \| "4760981" \| "4815364" \| "5100445" \| "5129690" \| "5303488" \| "5338255" \| "5338256" \| "5472380" \| "5476183" \| "5505419" \| "5716270" \| "5741030" \| "5792230" \| "5928078" \| "5950384" \| "5983496" \| "6007422" \| "6192640" \| "6234894" \| "6261174" \| "6290597" \| "6302784" \| "6494780" \| "6652375" \| "6908115" \| "D268282" \| "D453042" \| "D454949" \| "D456071" \| "D456072" \| "D475131" \| "RE37086").PN. OR ("7140960" \| "7771259").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2015/11/30 06:47 |
| S4 | 40 | S1 and (plaster mud compound) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 06:53 |
| S5 | 166 | S1 and flush | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 07:12 |
| S6 | 2 | (lynne near2 bruhnke).in. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 07:14 |
| S7 | 5 | (roeper near2 daniel).in. | US-PGPUB; USPAT; USOCR; | OR | ON | 2015/11/30 07:15 |

| | | | EPO; JPO; DERWENT | | | |
|---|---|---|---|---|---|---|
| S8 | 6 | (("20040058638") or ("5928078") or ("5487701") or ("5472380") or ("4274330") or ("4026082")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 07:31 |
| S9 | 13 | (("1761250") or ("1855294") or ("2752844") or ("3249038") or ("3847175") or ("4567816") or ("5476183") or ("6604994") or ("6875102")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 07:34 |
| S10 | 2479 | flush and wall and access near3 panel and screw | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 09:58 |
| S11 | 10 | flush with wall with access near3 panel same screw | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 09:59 |
| S12 | 151 | "454".clas. and (dry adj wall drywall) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:01 |
| S13 | 46 | S12 and flush | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:01 |
| S14 | 12 | ("2654451" \| "4026082" \| "4319520" \| "4566724" \| "5100445" \| "5303488" \| "5472380" \| "5928078" \| "5950384" \| "6234894" \| "6908115").PN. OR ("7771259").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2016/06/07 10:03 |
| S15 | 70 | ("0124663" \| "0674991" \| "0703409" \| "1274996" \| "1336210" \| "1429811" \| "1488694" \| "1911851" \| "2080726" \| "2104208" \| "2216420" \| "2229388" \| "2587633" \| "2743660" \| "3232205" \| "3236171" \| "3528359" \| "3559560" \| "3589265" \| "4502368" \| "4566724" \| "4773197" \| "4773308" \| "4829886" \| "5163871" \| "5180331" \| "5266091" \| "5275405" \| "5472380" \| "5503181" \| "5542223" \| "5551915" \| "5597392" \| "5720660" \| "5792230" \| "5928078" \| "5947815" \| "6019677" \| "6066044" \| "6461235" \| "D284996" \| "D338060" \| "D362059").PN. OR ("5928078" \| "6234894" \| "6908115").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2016/06/07 10:05 |
| S16 | 45 | (dry adj wall drywall) with flush with frame | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:12 |

| S17 | 2 | (dry adj wall drywall) with flush with vent | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:13 |
| S18 | 8 | (dry adj wall drywall) with flush with (register grill) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:13 |
| S19 | 0 | (wallboard) with flush with (register grill) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:17 |
| S20 | 31 | (wallboard) with flush with frame | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:17 |
| S21 | 5 | (("5020293") or ("5144099") or ("20090034241") or ("7607793") or ("20110283632")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2016/06/07 10:18 |
| S22 | 12 | (US-20070232217-$ or US-20040058638-$).did. or (US-7771259-$ or US-7140960-$ or US-0943298-$ or US-5950384-$ or US-6908115-$ or US-6234894-$ or US-5928078-$ or US-5863310-$ or US-5144099-$).did. or (US-2752844-$).did. | US-PGPUB; USPAT; USOCR | OR | ON | 2016/06/07 15:27 |
| S23 | 5 | S22 and weld$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 15:27 |
| S24 | 12 | (US-20070232217-$ or US-20040058638-$).did. or (US-7771259-$ or US-7140960-$ or US-0943298-$ or US-5950384-$ or US-6908115-$ or US-6234894-$ or US-5928078-$ or US-5863310-$ or US-5144099-$).did. or (US-2752844-$).did. | US-PGPUB; USPAT; USOCR | OR | ON | 2017/01/11 10:41 |
| S25 | 1157 | F24F13/082,084.cpc. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 10:42 |
| S26 | 1 | S25 and skim$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 10:49 |
| S27 | 24 | S25 and (indent indentations) | US-PGPUB; | OR | ON | 2017/01/11 10:50 |

| | | | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | | | |
|---|---|---|---|---|---|---|
| S28 | 173 | S25 and flush | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 10:51 |
| S29 | 12 | ("2654451" \| "4026082" \| "4319520" \| "4566724" \| "5100445" \| "5303488" \| "5472380" \| "5928078" \| "5950384" \| "6234894" \| "6908115").PN. OR ("7771259").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2017/01/11 10:58 |
| S30 | 10 | ("943298").URPN. | USPAT | OR | ON | 2017/01/11 10:58 |
| S31 | 63 | ("0032897" \| "0254688" \| "0588133" \| "0791381" \| "0892080" \| "0943298" \| "1035480" \| "1336210" \| "1455464" \| "1726867" \| "20040231808" \| "20070056229" \| "20080188175" \| "2008965" \| "2010680" \| "20130200636" \| "2140935" \| "2571726" \| "2575499" \| "2738953" \| "2754747" \| "3201161" \| "3341971" \| "3920347" \| "3921350" \| "4244768" \| "4845907" \| "4864078" \| "5123776" \| "5172520" \| "5465462" \| "5586837" \| "5586934" \| "5720660" \| "5864990" \| "7293937" \| "7303669" \| "7328478" \| "7549260" \| "7566263" \| "7581655" \| "7779587" \| "D428999" \| "D636099").PN. OR ("9347679").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2017/01/11 10:59 |
| S32 | 5 | flush with (frame register) same skim | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 11:00 |
| S33 | 4584 | flush with (frame register) with wall | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 11:01 |
| S34 | 31 | S33 and skim$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 11:01 |
| S35 | 0 | ("2007/0232217").URPN. | USPAT | OR | ON | 2017/01/11 11:02 |
| S36 | 6 | ((("20040058638") or ("5928078") or ("5487701") or ("5472380") or ("4274330") or ("4026082")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2017/01/11 11:03 |
| S37 | 34 | ("0674991" \| "1274996" \| "1429811" \| "1488694" \| "1911851" \| "2080726" \| "2229388" \| "2743660" \| "3232205" \| | US-PGPUB; USPAT; | OR | | 2017/01/11 11:05 |

| | | "3589265" \| "4502368" \| "4773197" \| "4773308" \| "4829886" \| "5180301" \| "5266091" \| "5503181" \| "5542223" \| "5597392" \| "5720660" \| "5947815" \| "6066044" \| "6461235").PN. OR ("6908115").URPN. | USOCR | | | |
| S38 | 13 | ((("1761250") or ("1855294") or ("2752844") or ("3249038") or ("3847175") or ("4567816") or ("5476183") or ("6604994") or ("6875102")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2017/01/11 11:14 |
| S39 | 203 | flush with mount$4 with drywall | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 11:20 |
| S40 | 3 | ("4835343" \| "5456373" \| "6768055").PN. OR ("9024186").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2017/01/11 11:24 |
| S41 | 121 | flush with mount$4 same (wall drywall) and skim$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 11:31 |

## EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L11 | 779 | F24F13/082,084.cpc. | US-PGPUB; USPAT | OR | ON | 2017/01/25 10:34 |
| L12 | 12 | 11 and (grill grille) and (bar vane) and slot and flush | US-PGPUB; USPAT | OR | ON | 2017/01/25 10:35 |
| L13 | 1 | 11 and ((grill grille) and (bar vane) and slot and flush).clm. | US-PGPUB; USPAT | OR | ON | 2017/01/25 10:36 |
| L14 | 11 | ((grill grille) and (bar vane) and slot and flush).clm. | US-PGPUB; USPAT | OR | ON | 2017/01/25 10:36 |

**1/25/2017 10:38:24 AM**
**C:\Users\jcotov\Documents\EAST\Workspaces\13999038.wsp**

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | Examiner | Art Unit |
| | JONATHAN COTOV | 3749 |

### CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| F24F13/082, 084 | 11/30/2015 | JC |
| F24F13/082, 084 | 6/7/2016 | JC |
| F24F13/082, 084 | 1/25/2017 | JC |

### CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

### US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| inventor name search, east text, CPC and with text, fwd/bkwd search | 11/30/2015 | JC |
| updated class search, east text search, fwd/bkwd search | 6/7/2016 | JC |
| updated class search, east text search, fwd/bkwd search, interference search | 1/25/2017 | JC |

### INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| F24F | 13/082, 13/084 | 1/25/2017 | JC |

| /JONATHAN COTOV/ Examiner.Art Unit 3749 | |
|---|---|
| | |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | Examiner | Art Unit |
| | JONATHAN COTOV | 3749 |

**CPC**

| Symbol | | | Type | Version |
|---|---|---|---|---|
| F24F | 13 | 082 | F | 2013-01-01 |
| F24F | 7 | 00 | I | 2013-01-01 |
| F24F | 2007 | 003 | A | 2013-01-01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| /JONATHAN COTOV/ Examiner.Art Unit 3749 (Assistant Examiner) | 01/25/2017 (Date) | **Total Claims Allowed:** 23 | |
|---|---|---|---|
| /STEVEN B MCALLISTER/ Supervisory Patent Examiner.Art Unit 3749 (Primary Examiner) | 02/21/2017 (Date) | O.G. Print Claim(s) 1 | O.G. Print Figure 5 |

U.S. Patent and Trademark Office

Part of Paper No.  20170125

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | Examiner | Art Unit |
| | JONATHAN COTOV | 3749 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | | | | | **NON-CLAIMED** | | | | | |
| 454 | 330 | F | 2 | 4 | F | 7 / 00 (2006.0) | | | | | | | |
| **CROSS REFERENCE(S)** | | F | 2 | 4 | F | 13 / 10 (2006.0) | | | | | | | |
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| /JONATHAN COTOV/ Examiner.Art Unit 3749 | | 01/25/2017 | **Total Claims Allowed:** | |
|---|---|---|---|---|
| (Assistant Examiner) | | (Date) | 23 | |
| /STEVEN B MCALLISTER/ Supervisory Patent Examiner.Art Unit 3749 | | 02/21/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | | (Date) | 1 | 5 |

U.S. Patent and Trademark Office

Part of Paper No. 20170125

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | **Examiner** | **Art Unit** |
| | JONATHAN COTOV | 3749 |

| ☐ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | | ☐ T.D. | | ☐ R.1.47 | | | | | | |

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 14 | 17 | | | | | | | | | | | | |
| - | 2 | 15 | 18 | | | | | | | | | | | | |
| 2 | 3 | 16 | 19 | | | | | | | | | | | | |
| 3 | 4 | 17 | 20 | | | | | | | | | | | | |
| 6 | 5 | 18 | 21 | | | | | | | | | | | | |
| - | 6 | 19 | 22 | | | | | | | | | | | | |
| 4 | 7 | 20 | 23 | | | | | | | | | | | | |
| 5 | 8 | 21 | 24 | | | | | | | | | | | | |
| 7 | 9 | 22 | 25 | | | | | | | | | | | | |
| 8 | 10 | 23 | 26 | | | | | | | | | | | | |
| 9 | 11 | | | | | | | | | | | | | | |
| 10 | 12 | | | | | | | | | | | | | | |
| 11 | 13 | | | | | | | | | | | | | | |
| - | 14 | | | | | | | | | | | | | | |
| 12 | 15 | | | | | | | | | | | | | | |
| 13 | 16 | | | | | | | | | | | | | | |

| /JONATHAN COTOV/ Examiner.Art Unit 3749 | 01/25/2017 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 23 | |
| /STEVEN B MCALLISTER/ Supervisory Patent Examiner.Art Unit 3749 | 02/21/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 5 |

U.S. Patent and Trademark Office

Part of Paper No. 20170125



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 2946**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | 454 | 3749 | P/332-6 |
| | **RULE** | | | |

**APPLICANTS**

**INVENTORS**
Lynne Bruhnke, Massapequa Park, NY;
Daniel Roeper, Garden City, NY;

** **CONTINUING DATA** *************************

** **FOREIGN APPLICATIONS** *************************

** **IF REQUIRED, FOREIGN FILING LICENSE GRANTED** ** ** SMALL ENTITY **
01/13/2014

| Foreign Priority claimed ☐ Yes ☐ No | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☒ No | ☐ Met after Allowance | | | | |
| Verified and Acknowledged   /JONATHAN J COTOV/ Examiner's Signature | Initials | NY | 4 | 25 | 1 |

**ADDRESS**

WEISS & WEISS
Suite 105
410 Jericho Turnpike
Jericho, NY 11753
UNITED STATES

**TITLE**

Dry wall extrusion grille

| FILING FEE RECEIVED 1200 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or <u>Fax</u>    **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590      02/27/2017

WEISS & WEISS
SUITE 105
410 JERICHO TURNPIKE
JERICHO, NY 11753

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

FILED VIA EFS WEB     (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

TITLE OF INVENTION: Dry wall extrusion grille

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 05/30/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COTOV, JONATHAN J | 3749 | 454-339000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

**2. For printing on the patent front page, list**
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Philip M. Weiss
2  WEISS & WEISS
3  _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                              (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

**4a. The following fee(s) are submitted:**
☒ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**
☐ Applicant certifying micro entity status. See 37 CFR 1.29
☐ Applicant asserting small entity status. See 37 CFR 1.27
☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature  /Philip M. Weiss/                     Date  May 7, 2017

Typed or printed name  Philip M. Weiss                      Registration No.  34,751

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13999038 |
| **Filing Date:** | 06-Jan-2014 |
| **Title of Invention:** | Dry wall extrusion grille |
| **First Named Inventor/Applicant Name:** | Lynne Bruhnke |
| **Filer:** | Philip M. Weiss |
| **Attorney Docket Number:** | P/332-6 |

Filed as Small Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 2501 | 1 | 480 | 480 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **480** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 29135491 |
| **Application Number:** | 13999038 |
| **International Application Number:** | |
| **Confirmation Number:** | 2946 |
| **Title of Invention:** | Dry wall extrusion grille |
| **First Named Inventor/Applicant Name:** | Lynne  Bruhnke |
| **Correspondence Address:** | WEISS & WEISS<br><br>-<br><br>SUITE 105<br><br>410 JERICHO TURNPIKE<br><br>JERICHO                              NY              11753<br><br>US            5167391500<br><br>5167392189 |
| **Filer:** | Philip M. Weiss |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | P/332-6 |
| **Receipt Date:** | 07-MAY-2017 |
| **Filing Date:** | 06-JAN-2014 |
| **Time Stamp:** | 20:22:07 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $480 |

| RAM confirmation Number | 05081/INTEFSW20232700 |
|---|---|
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 3326issuefee.pdf | 120941 <br> 5606f4bd492216422 7a8dadef2e4ca2b425 eda4e | no | 1 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30505 <br> 833b7f1abe0dfa6b0ef8786a7fb2f965511d 1fc9 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 151446 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Doc code: RCEX
Doc description: Request for Continued Examination (RCE)

PTO/SB/30EFS (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## REQUEST FOR CONTINUED EXAMINATION(RCE)TRANSMITTAL
### (Submitted Only via EFS-Web)

| Application Number | 13/999,038 | Filing Date | 2014-01-06 | Docket Number (if applicable) | P/332-6 | Art Unit | 3749 |
|---|---|---|---|---|---|---|---|
| First Named Inventor | L. Bruhnke | | | Examiner Name | | | |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**

Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. The Instruction Sheet for this form is located at WWW.USPTO.GOV

### SUBMISSION REQUIRED UNDER 37 CFR 1.114

Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

- [ ] Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

  - [ ] Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

  - [ ] Other _____

- [x] Enclosed

  - [ ] Amendment/Reply

  - [x] Information Disclosure Statement (IDS)

  - [ ] Affidavit(s)/ Declaration(s)

  - [x] Other _____
  Petition to Withdraw from Issue

### MISCELLANEOUS

- [ ] Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of months (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required) _____

- [ ] Other _____

### FEES

**The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.**
- [x] The Director is hereby authorized to charge any underpayment of fees, or credit any overpayments, to Deposit Account No _____

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

| [X] Patent Practitioner Signature |
| [ ] Applicant Signature |

Doc code: RCEX
Doc description: Request for Continued Examination (RCE)

PTO/SB/30EFS (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Signature of Registered U.S. Patent Practitioner | | | |
|---|---|---|---|
| Signature | /Philip M. Weiss/ | Date (YYYY-MM-DD) | 2017-05-15 |
| Name | Philip M. Weiss | Registration Number | 34751 |

This collection of information is required by 37 CFR 1.114.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| | Application Number | 13/999,038 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | 1/6/14 |
| | First Named Inventor | L. Bruhnke et al. |
| | Art Unit | 3749 |
| | Examiner Name | |
| Sheet 1 of 1 | Attorney Docket Number | P/332-6 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 5,082,083 | 01/21/1992 | Draffen | |
| | | US- 7,140,960 | 11/26/2006 | Pilger | |
| | | US- 7,771,259 | 08/10/2010 | Pettit | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/140

Doc Code: PET.AUTO
Document Description: Petition automatically granted by EFS-Web

U.S. Patent and Trademark Office
Department of Commerce

| Electronic Petition Request | **PETITION TO WITHDRAW AN APPLICATION FROM ISSUE AFTER PAYMENT OF THE ISSUE FEE UNDER 37 CFR 1.313(c)** |
|---|---|
| Application Number | 13999038 |
| Filing Date | 06-Jan-2014 |
| First Named Inventor | Lynne Bruhnke |
| Art Unit | 3749 |
| Examiner Name | JONATHAN COTOV |
| Attorney Docket Number | P/332-6 |
| Title | Dry wall extrusion grille |

An application may be withdrawn from issue for further action upon petition by the applicant. To request that the Office withdraw an application from issue, applicant must file a petition under this section including the fee set forth in § 1.17(h) and a showing of good and sufficient reasons why withdrawal of the application from issue is necessary.

APPLICANT HEREBY PETITIONS TO WITHDRAW THIS APPLICATION FROM ISSUE UNDER 37 CFR 1.313(c).

A grantable petition requires the following items:
(1) Petition fee; and
(2) One of the following reasons:
(a) Unpatentability of one or more claims, which must be accompanied by an unequivocal statement that one or more claims are unpatentable, an amendment to such claim or claims, and an explanation as to how the amendment causes such claim or claims to be patentable;
(b) Consideration of a request for continued examination in compliance with § 1.114 (for a utility or plant application only); or
(c) Express abandonment of the application. Such express abandonment may be in favor of a continuing application, but not a CPA under 37 CFR 1.53(d).

Petition Fee

| | |
|---|---|
| ⦿ Small Entity | |
| ○ Micro Entity | |
| ○ Regular Undiscounted | |

Reason for withdrawal from issue

○ One or more claims are unpatentable

◉ Consideration of a request for continued examination (RCE) (List of Required Documents and Fees)

○ Applicant hereby expressly abandons the instant application (any attorney/agent signing for this reason must have power of attorney pursuant to 37 CFR 1.32(b)).

---

RCE request,submission, and fee.

☐ I certify, in accordance with 37 CFR 1.4(d)(4) that :
The RCE request ,submission, and fee have already been filed in the above-identified application on

☒ Are attached.

---

THIS PORTION MUST BE COMPLETED BY THE SIGNATORY OR SIGNATORIES

I certify, in accordance with 37 CFR 1.4(d)(4) that I am:

◉ An attorney or agent registered to practice before the Patent and Trademark Office who has been given power of attorney in this application.

○ An attorney or agent registered to practice before the Patent and Trademark Office, acting in a representative capacity.

○ A sole inventor

○ A joint inventor; I certify that I am authorized to sign this submission on behalf of all of the inventors as evidenced by the power of attorney in the application

○ A joint inventor; all of whom are signing this e-petition

| | |
|---|---|
| Signature | /Philip M. Weiss/ |
| Name | Philip M. Weiss |
| Registration Number | 34751 |

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13999038 |
| **Filing Date:** | 06-Jan-2014 |
| **Title of Invention:** | Dry wall extrusion grille |
| **First Named Inventor/Applicant Name:** | Lynne Bruhnke |
| **Filer:** | Philip M. Weiss |
| **Attorney Docket Number:** | P/332-6 |

Filed as Small Entity

Filing Fees for   Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| PETITION FEE-37CFR 1.17(H) (GROUP II) | 2464 | 1 | 70 | 70 |
| RCE- 2ND AND SUBSEQUENT REQUEST | 2820 | 1 | 850 | 850 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **920** |



## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Decision Date :          May 15, 2017

In re Application of :

Lynne Bruhnke

Application No :          13999038

Filed :                          06-Jan-2014

Attorney Docket No :   P/332-6

DECISION ON PETITION

UNDER CFR 1.313(c)(2)

This is an electronic decision on the petition under 37 CFR 1.313(c)(2), filed   May 15, 2017          , to withdraw the above-identified application from issue after payment of the issue fee.

The petition is **GRANTED.**

The above-identified application is withdrawn from issue for consideration of a submission under 37 CFR 1.114 (request for continued examination). See 37 CFR 1.313(c)(2).

**Petitioner is advised that the issue fee paid in this application cannot be refunded.  If, however, this application is again allowed, petitioner may request that it be applied towards the issue fee required by the new Notice of Allowance.**

Telephone inquiries concerning this decision should be directed to the Patent Electronic Business Center (EBC) at 866-217-9197.

This application file is being referred to Technology Center  AU    3749    for processing of the request for continuing examination under 37 CFR 1.114 .

Office of Petitions

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 29214216 |
| **Application Number:** | 13999038 |
| **International Application Number:** | |
| **Confirmation Number:** | 2946 |
| **Title of Invention:** | Dry wall extrusion grille |
| **First Named Inventor/Applicant Name:** | Lynne Bruhnke |
| **Correspondence Address:** | WEISS & WEISS<br>-<br>Suite 105<br>410 Jericho Turnpike<br>Jericho              NY       11753<br>-      -<br>- |
| **Filer:** | Philip M. Weiss |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | P/332-6 |
| **Receipt Date:** | 15-MAY-2017 |
| **Filing Date:** | 06-JAN-2014 |
| **Time Stamp:** | 18:01:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $920 |

| RAM confirmation Number | 051617INTEFSW18012300 |
|---|---|
| Deposit Account | |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | 3326rcefiledwithpetition.pdf | 697608 <br><br> 26d64749d3da5c5a1060f65c616b234b73e 61f98 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Quick Path Information Disclosure Statement | petitionwithdrawissue.pdf | 342598 <br><br> d7e3063a1b9cdc58eced39136e5fa9a0782 b5e48 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Information Disclosure Statement (IDS) Form (SB08) | qpidsids.pdf | 267357 <br><br> 40fab580fcbcacc1427b6444e7810d359bd 85377 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 4 | Petition automatically granted by EFS | petition-request.pdf | 31548 <br><br> 0c204d1f3dba7b6c315f2a525a4894c50aa7 305d | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Fee Worksheet (SB06) | fee-info.pdf | 32623 <br><br> 7a23207adfd14a91c11a60bcafcbc97ec5b9 f0fe | no | 2 |
| **Warnings:** | | | | | |

Information:

| | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 1371734 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 7590          06/01/2017 | | |

WEISS & WEISS
SUITE 105
410 JERICHO TURNPIKE
JERICHO, NY 11753

| EXAMINER |
|---|
| COTOV, JONATHAN J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3749 | |

DATE MAILED: 06/01/2017

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

TITLE OF INVENTION: Dry wall extrusion grille

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $480 | $480 | 09/01/2017 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** <u>**Mail**</u>   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or** <u>**Fax**</u>   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

```
        7590          06/01/2017
WEISS & WEISS
SUITE 105
410 JERICHO TURNPIKE
JERICHO, NY 11753
```

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

TITLE OF INVENTION: Dry wall extrusion grille

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $480 | $480 | 09/01/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COTOV, JONATHAN J | 3749 | 454-330000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

<u>NOTE</u>: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

<u>NOTE</u>: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 | Lynne Bruhnke | P/332-6 | 2946 |

7590          06/01/2017

WEISS & WEISS
SUITE 105
410 JERICHO TURNPIKE
JERICHO, NY 11753

| EXAMINER |
|---|
| COTOV, JONATHAN J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3749 | |

DATE MAILED: 06/01/2017

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| | Application No. 13/999,038 | Applicant(s) BRUHNKE ET AL. | |
|---|---|---|---|
| ***Notice of Allowability*** | Examiner JONATHAN COTOV | Art Unit 3749 | AIA (First Inventor to File) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *RCE filed 5/15/2017*.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1,3-5,7-13 and 15-26*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All    b) ☐ Some    *c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☒ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/JONATHAN COTOV/
Examiner, Art Unit 3749

U.S. Patent and Trademark Office
PTOL-37 (Rev. 08-13)
20170517
Notice of Allowability
Part of Paper No./Mail Date

Page 148 of 176

Application/Control Number: 13/999,038                                     Page 2

Art Unit: 3749

1.      The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.


### EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be

unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure

consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with PHILLIP

WEISS on 1/25/2017.


**IN THE CLAIMS (Dated 12/27/2016):**

The application has been amended as follows:

In claim 1, line 3, --located in said frame-- was inserted between "bar grille" and "comprised of".

In claim 1, line 4, --a-- was inserted between "direct" and "flow of air".

In claim 1, line 7, "a flexible edge" was replaced by the following text: --a flexible mounting flange

located between a top and bottom edge of the frame and extending outwardly from said frame--.

In claim 1, line 8, "in a mounting flange" was replaced by the following text: --in said flexible

mounting flange--.

In claim 1, line 9, --, said pre-perforated through holes located in the flexible mounting flange--

was inserted between "mud" and ".".

In claim 3, "said flexible edge" was replaced by the following text: --said flexible mounting flange--

.

In claim 15, "wherein said extrusion grille comprises a flexible mounting flange that fastens" was

replaced by the following text: --wherein said flexible mounting flange fastens--.


**IN THE SPECIFICATION:**

Application/Control Number: 13/999,038                                    Page 3
Art Unit: 3749

The application has been amended as follows:

On page 5, line 21, "a flexible edge 34" was replaced by the following text: --a flexible mounting

flange 36--.


### *Allowable Subject Matter*

Claims 1, 3-5, 7-13, 15-26 are allowed.

The following is an examiner's statement of reasons for allowance: As best seen in Figures 3-4,

the location of the flexible mounting flange is slightly below the top edge of the frame as to provide a

space for plaster to be applied which gives the product a flush appearance. The prior art does not teach

the claimed invention with the location of the mounting flange being between a top and bottom edge of

the frame.

Any comments considered necessary by applicant must be submitted no later than the payment

of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such

submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."


### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should

be directed to JONATHAN COTOV whose telephone number is (571)272-2355.  The examiner can

normally be reached on Monday-Thursday 7:30-4:30.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Steve McAllister can be reached on 571-272-6785.  The fax phone number for the organization where

this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 13/999,038                                          Page 4
Art Unit: 3749

      Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained from

either Private PAIR or Public PAIR.  Status information for unpublished applications is available through

Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC)

at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative

or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-

1000.


/JONATHAN COTOV/
Examiner, Art Unit 3749

/STEVEN B. MCALLISTER/
Supervisory Patent Examiner, Art Unit 3749

| | | | | |
|---|---|---|---|---|
| **Notice of References Cited** | Application/Control No.<br>13/999,038 | | Applicant(s)/Patent Under<br>Reexamination<br>BRUHNKE ET AL. | |
| | Examiner<br>JONATHAN COTOV | | Art Unit<br>3749 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-6,908,115 B2 | 06-2005 | Synder; Darryl L. | F24F13/084 | 285/189 |
| * | B | US-6,234,894 B1 | 05-2001 | Goracke; Mark A. | F24F13/082 | 454/290 |
| * | C | US-5,928,078 A | 07-1999 | Moore; Michael A. | F24F13/068 | 285/341 |
| * | D | US-5,863,310 A | 01-1999 | Brown; Barbara L. | B01D46/0005 | 454/284 |
| * | E | US-5,144,099 A | 09-1992 | Cardy; Ronald | H02G3/14 | 174/66 |
| * | F | US-9,024,186 B1 | 05-2015 | Gonzalez; Brian | H02G3/14 | 174/66 |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20170517

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 13/999,038 |
| | | | Filing Date | 1/6/14 |
| | | | First Named Inventor | L. Bruhnke et al. |
| | | | Art Unit | 3749 |
| | | | Examiner Name | |
| Sheet | 1 | of 1 | Attorney Docket Number | P/332-6 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-5,082,083 | 01/21/1992 | Draffen | |
| | | US-7,140,960 | 11/26/2006 | Pilger | |
| | | US-7,771,259 | 08/10/2010 | Pettit | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /JONATHAN J COTOV/ | Date Considered | 05/17/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.J.C/

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.J.C/

## EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 3 | (("5082083") or ("7140960") or ("7771259")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2017/05/17 06:57 |
| L2 | 27 | ("4296280" \| "4640381").PN. OR ("5082083").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2017/05/17 06:57 |
| L3 | 988 | F24F13/082,084.cpc. | US-PGPUB; USPAT; USOCR | OR | ON | 2017/05/17 09:58 |
| S1 | 1060 | F24F13/082,084.cpc. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 06:45 |
| S2 | 3 | (("5082083") or ("7140960") or ("7771259")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2015/11/30 06:46 |
| S3 | 66 | ("0465561" \| "0943298" \| "1690948" \| "2654451" \| "2679796" \| "3238860" \| "3323437" \| "3522724" \| "3636340" \| "3645044" \| "3788206" \| "3888013" \| "3955483" \| "3985158" \| "4026082" \| "4122762" \| "4258784" \| "4319520" \| "4372763" \| "4377107" \| "4558582" \| "4566724" \| "4760981" \| "4815364" \| "5100445" \| "5129690" \| "5303488" \| "5338255" \| "5338256" \| "5472380" \| "5476183" \| "5505419" \| "5716270" \| "5741030" \| "5792230" \| "5928078" \| "5950384" \| "5983496" \| "6007422" \| "6192640" \| "6234894" \| "6261174" \| "6290597" \| "6302784" \| "6494780" \| "6652375" \| "6908115" \| "D268282" \| "D453042" \| "D454949" \| "D456071" \| "D456072" \| "D475131" \| "RE37086").PN. OR ("7140960" \| "7771259").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2015/11/30 06:47 |
| S4 | 40 | S1 and (plaster mud compound) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2015/11/30 06:53 |
| S5 | 166 | S1 and flush | US-PGPUB; USPAT; | OR | ON | 2015/11/30 07:12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USOCR;<br>EPO; JPO;<br>DERWENT | | | |
| S6 | 2 | (lynne near2 bruhnke).in. | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2015/11/30<br>07:14 |
| S7 | 5 | (roeper near2 daniel).in. | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2015/11/30<br>07:15 |
| S8 | 6 | (("20040058638") or ("5928078") or<br>("5487701") or ("5472380") or ("4274330")<br>or ("4026082")).PN. | US-<br>PGPUB;<br>USPAT;<br>USOCR | OR | OFF | 2015/11/30<br>07:31 |
| S9 | 13 | (("1761250") or ("1855294") or<br>("2752844") or ("3249038") or ("3847175")<br>or ("4567816") or ("5476183") or<br>("6604994") or ("6875102")).PN. | US-<br>PGPUB;<br>USPAT;<br>USOCR | OR | OFF | 2015/11/30<br>07:34 |
| S10 | 2479 | flush and wall and access near3 panel and<br>screw | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2016/06/07<br>09:58 |
| S11 | 10 | flush with wall with access near3 panel<br>same screw | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2016/06/07<br>09:59 |
| S12 | 151 | "454".clas. and (dry adj wall drywall) | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2016/06/07<br>10:01 |
| S13 | 46 | S12 and flush | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2016/06/07<br>10:01 |
| S14 | 12 | ("2654451" \| "4026082" \| "4319520" \|<br>"4566724" \| "5100445" \| "5303488" \|<br>"5472380" \| "5928078" \| "5950384" \|<br>"6234894" \| "6908115").PN. OR<br>("7771259").URPN. | US-<br>PGPUB;<br>USPAT;<br>USOCR | OR | ON | 2016/06/07<br>10:03 |
| S15 | 70 | ("0124663" \| "0674991" \| "0703409" \|<br>"1274996" \| "1336210" \| "1429811" \|<br>"1488694" \| "1911851" \| "2080726" \|<br>"2104208" \| "2216420" \| "2229388" \|<br>"2587633" \| "2743660" \| "3232205" \|<br>"3236171" \| "3528359" \| "3559560" \|<br>"3589265" \| "4502368" \| "4566724" \|<br>"4773197" \| "4773308" \| "4829886" \| | US-<br>PGPUB;<br>USPAT;<br>USOCR | OR | | 2016/06/07<br>10:05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "5163871" \| "5180331" \| "5266091" \| "5275405" \| "5472380" \| "5503181" \| "5542223" \| "5551915" \| "5597392" \| "5720660" \| "5792230" \| "5928078" \| "5947815" \| "6019677" \| "6066044" \| "6461235" \| "D284996" \| "D338060" \| "D362059").PN. OR ("5928078" \| "6234894" \| "6908115").URPN. | | | | |
| S16 | 45 | (dry adj wall drywall) with flush with frame | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:12 |
| S17 | 2 | (dry adj wall drywall) with flush with vent | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:13 |
| S18 | 8 | (dry adj wall drywall) with flush with (register grill) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:13 |
| S19 | 0 | (wallboard) with flush with (register grill) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:17 |
| S20 | 31 | (wallboard) with flush with frame | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 10:17 |
| S21 | 5 | (("5020293") or ("5144099") or ("20090034241") or ("7607793") or ("20110283632")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2016/06/07 10:18 |
| S22 | 12 | (US-20070232217-$ or US-20040058638-$).did. or (US-7771259-$ or US-7140960-$ or US-0943298-$ or US-5950384-$ or US-6908115-$ or US-6234894-$ or US-5928078-$ or US-5863310-$ or US-5144099-$).did. or (US-2752844-$).did. | US-PGPUB; USPAT; USOCR | OR | ON | 2016/06/07 15:27 |
| S23 | 5 | S22 and weld$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2016/06/07 15:27 |
| S24 | 12 | (US-20070232217-$ or US-20040058638-$).did. or (US-7771259-$ or US-7140960-$ or US-0943298-$ or US-5950384-$ or US-6908115-$ or US-6234894-$ or US-5928078-$ or US-5863310-$ or US-5144099-$).did. or (US-2752844-$).did. | US-PGPUB; USPAT; USOCR | OR | ON | 2017/01/11 10:41 |

| S25 | 1157 | F24F13/082,084.cpc. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 10:42 |
|---|---|---|---|---|---|---|
| S26 | 1 | S25 and skim$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 10:49 |
| S27 | 24 | S25 and (indent indentations) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 10:50 |
| S28 | 173 | S25 and flush | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 10:51 |
| S29 | 12 | ("2654451" \| "4026082" \| "4319520" \| "4566724" \| "5100445" \| "5303488" \| "5472380" \| "5928078" \| "5950384" \| "6234894" \| "6908115").PN. OR ("7771259").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2017/01/11 10:58 |
| S30 | 10 | ("943298").URPN. | USPAT | OR | ON | 2017/01/11 10:58 |
| S31 | 63 | ("0032897" \| "0254688" \| "0588133" \| "0791381" \| "0892080" \| "0943298" \| "1035480" \| "1336210" \| "1455464" \| "1726867" \| "20040231808" \| "20070056229" \| "20080188175" \| "2008965" \| "2010680" \| "20130200636" \| "2140935" \| "2571726" \| "2575499" \| "2738953" \| "2754747" \| "3201161" \| "3341971" \| "3920347" \| "3921350" \| "4244768" \| "4845907" \| "4864078" \| "5123776" \| "5172520" \| "5465462" \| "5586837" \| "5586934" \| "5720660" \| "5864990" \| "7293937" \| "7303669" \| "7328478" \| "7549260" \| "7566263" \| "7581655" \| "7779587" \| "D428999" \| "D636099").PN. OR ("9347679").URPN. | US-PGPUB; USPAT; USOCR | OR | ON | 2017/01/11 10:59 |
| S32 | 5 | flush with (frame register) same skim | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 11:00 |
| S33 | 4584 | flush with (frame register) with wall | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2017/01/11 11:01 |
| S34 | 31 | S33 and skim$4 | US-PGPUB; | OR | ON | 2017/01/11 11:01 |

| | | | | USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | | | |
|---|---|---|---|---|---|---|
| S35 | 0 | ("2007/0232217").URPN. | USPAT | OR | ON | 2017/01/11<br>11:02 |
| S36 | 6 | (("20040058638") or ("5928078") or<br>("5487701") or ("5472380") or ("4274330")<br>or ("4026082")).PN. | US-<br>PGPUB;<br>USPAT;<br>USOCR | OR | OFF | 2017/01/11<br>11:03 |
| S37 | 34 | ("0674991" \| "1274996" \| "1429811" \|<br>"1488694" \| "1911851" \| "2080726" \|<br>"2229388" \| "2743660" \| "3232205" \|<br>"3589265" \| "4502368" \| "4773197" \|<br>"4773308" \| "4829886" \| "5180331" \|<br>"5266091" \| "5503181" \| "5542223" \|<br>"5597392" \| "5720660" \| "5947815" \|<br>"6066044" \| "6461235").PN. OR<br>("6908115").URPN. | US-<br>PGPUB;<br>USPAT;<br>USOCR | OR | | 2017/01/11<br>11:05 |
| S38 | 13 | (("1761250") or ("1855294") or<br>("2752844") or ("3249038") or ("3847175")<br>or ("4567816") or ("5476183") or<br>("6604994") or ("6875102")).PN. | US-<br>PGPUB;<br>USPAT;<br>USOCR | OR | OFF | 2017/01/11<br>11:14 |
| S39 | 203 | flush with mount$4 with drywall | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2017/01/11<br>11:20 |
| S40 | 3 | ("4835343" \| "5456373" \| "6768055").PN.<br>OR ("9024186").URPN. | US-<br>PGPUB;<br>USPAT;<br>USOCR | OR | ON | 2017/01/11<br>11:24 |
| S41 | 121 | flush with mount$4 same (wall drywall) and<br>skim$4 | US-<br>PGPUB;<br>USPAT;<br>USOCR;<br>EPO; JPO;<br>DERWENT | OR | ON | 2017/01/11<br>11:31 |

**EAST Search History (Interference)**

| Ref<br># | Hits | Search Query | DBs | Default<br>Operator | Plurals | Time<br>Stamp |
|---|---|---|---|---|---|---|
| L4 | 793 | F24F13/082,084.cpc. | US-PGPUB;<br>USPAT | OR | ON | 2017/05/17<br>09:58 |
| L5 | 12 | 4 and (grill grille) and (bar vane) and<br>slot and flush | US-PGPUB;<br>USPAT | OR | ON | 2017/05/17<br>09:58 |
| S42 | 779 | F24F13/082,084.cpc. | US-PGPUB;<br>USPAT | OR | ON | 2017/01/25<br>10:34 |
| S43 | 12 | S42 and (grill grille) and (bar vane) and<br>slot and flush | US-PGPUB;<br>USPAT | OR | ON | 2017/01/25<br>10:35 |
| S44 | 1 | S42 and ((grill grille) and (bar vane)<br>and slot and flush).clm. | US-PGPUB;<br>USPAT | OR | ON | 2017/01/25<br>10:36 |
| S45 | 11 | ((grill grille) and (bar vane) and slot and<br>flush).clm. | US-PGPUB;<br>USPAT | OR | ON | 2017/01/25<br>10:36 |

**5/ 17/ 2017 9:59:04 AM**
**C:\ Users\ jcotov\ Documents\ EAST\ Workspaces\ 13999038.wsp**

Case 2:21-cv-05107-GRB-ST   Document 32-3   Filed 10/31/22   Page 161 of 177 PageID #: 651

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | **Examiner** | **Art Unit** |
| | JONATHAN COTOV | 3749 |

### CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| F24F13/082, 084 | 11/30/2015 | JC |
| F24F13/082, 084 | 6/7/2016 | JC |
| F24F13/082, 084 | 1/25/2017 | JC |
| F24F13/082, 084 | 5/17/2017 | JC |

### CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

### US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| inventor name search, east text, CPC and with text, fwd/bkwd search | 11/30/2015 | JC |
| updated class search, east text search, fwd/bkwd search | 6/7/2016 | JC |
| updated class search, east text search, fwd/bkwd search, interference search | 1/25/2017 | JC |
| updated class search, IDS considered, interference search | 5/17/2017 | JC |

### INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| F24F | 13/082, 13/084 | 1/25/2017 | JC |
| F24F | 13/082, 13/084 | 5/17/2017 | JC |

| /JONATHAN COTOV/ Examiner.Art Unit 3749 | |
|---|---|
| | |



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 2946**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 13/999,038 | 01/06/2014 **RULE** | 454 | 3749 | P/332-6 |

**APPLICANTS**

**INVENTORS**
   Lynne Bruhnke, Massapequa Park, NY;
   Daniel Roeper, Garden City, NY;

** CONTINUING DATA ************************

** FOREIGN APPLICATIONS *************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** ** SMALL ENTITY **
   01/13/2014

| Foreign Priority claimed ☐ Yes ☑ No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | | NY | 4 | 25 | 1 |
| Verified and Acknowledged  /JONATHAN J COTOV/ Examiner's Signature | Initials | | | | |

**ADDRESS**

WEISS & WEISS
SUITE 105
410 JERICHO TURNPIKE
JERICHO, NY 11753

**TITLE**

   Dry wall extrusion grille

| | | |
|---|---|---|
| **FILING FEE RECEIVED** 1200 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | **Examiner** | **Art Unit** |
| | JONATHAN COTOV | 3749 |

**CPC**

| Symbol | | | Type | Version |
|---|---|---|---|---|
| F24F | 13 | 082 | F | 2013-01-01 |
| F24F | 7 | 00 | I | 2013-01-01 |
| F24F | 2007 | 003 | A | 2013-01-01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| /JONATHAN COTOV/ Examiner.Art Unit 3749 | 05/17/2017 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 23 | |
| /STEVEN B MCALLISTER/ Supervisory Patent Examiner.Art Unit 3749 | 05/30/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 5 |

U.S. Patent and Trademark Office

Part of Paper No. 20170517

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | **Examiner** | **Art Unit** |
| | JONATHAN COTOV | 3749 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | | | | | **NON-CLAIMED** | | | | | |
| 454 | 330 | F | 2 | 4 | F | 7 / 00 (2006.0) | | | | | | | |
| **CROSS REFERENCE(S)** | | F | 2 | 4 | F | 13 / 10 (2006.0) | | | | | | | |
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| /JONATHAN COTOV/<br>Examiner.Art Unit 3749 | 05/17/2017 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 23 | |
| /STEVEN B MCALLISTER/<br>Supervisory Patent Examiner.Art Unit 3749 | 05/30/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 5 |

U.S. Patent and Trademark Office

Part of Paper No.  20170517

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13999038 | BRUHNKE ET AL. |
| | Examiner | Art Unit |
| | JONATHAN COTOV | 3749 |

| ☐ Claims renumbered in the same order as presented by applicant | | | | ☐ CPA | | ☐ T.D. | | ☐ R.1.47 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
| 1 | 1 | 14 | 17 | | | | | | | | | | | | |
| - | 2 | 15 | 18 | | | | | | | | | | | | |
| 2 | 3 | 16 | 19 | | | | | | | | | | | | |
| 3 | 4 | 17 | 20 | | | | | | | | | | | | |
| 6 | 5 | 18 | 21 | | | | | | | | | | | | |
| - | 6 | 19 | 22 | | | | | | | | | | | | |
| 4 | 7 | 20 | 23 | | | | | | | | | | | | |
| 5 | 8 | 21 | 24 | | | | | | | | | | | | |
| 7 | 9 | 22 | 25 | | | | | | | | | | | | |
| 8 | 10 | 23 | 26 | | | | | | | | | | | | |
| 9 | 11 | | | | | | | | | | | | | | |
| 10 | 12 | | | | | | | | | | | | | | |
| 11 | 13 | | | | | | | | | | | | | | |
| - | 14 | | | | | | | | | | | | | | |
| 12 | 15 | | | | | | | | | | | | | | |
| 13 | 16 | | | | | | | | | | | | | | |

| /JONATHAN COTOV/ Examiner.Art Unit 3749 | 05/17/2017 | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 23 | |
| /STEVEN B MCALLISTER/ Supervisory Patent Examiner.Art Unit 3749 | 05/30/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 5 |

U.S. Patent and Trademark Office

Part of Paper No. 20170517

Document Description: Issue Fee Payment (PTO-85B)

# Issue Fee Transmittal Form

| Application Number | Filing Date | First Named Inventor | Atty. Docket No. | Confirmation No. |
|---|---|---|---|---|
| 13999038 | 06-Jan-2014 | Lynne Bruhnke | P/332-6 | 2946 |

**TITLE OF INVENTION :**

Dry wall extrusion grille

| Entity Status | | Application Type | Art Unit | Class - Subclass | EXAMINER |
|---|---|---|---|---|---|
| Small | | Utility under 35 USC 111(a) | 3749 | 330000 | JONATHAN COTOV |

| Issue Fee Due | Publication Due | Total Fee(s) Due | Date Due | Prev. Paid Fee |
|---|---|---|---|---|
| $480 | $0 | $480 | 01-Sep-2017 | $480 |

## 1.Change of Correspondence Address and/or Indication Of Fee Address (37 CFR 1.33 & 1.363)

| Current Correspondence Address: | Current Indicated Fee Address : |
|---|---|
| WEISS & WEISS<br><br>SUITE 105<br>410 JERICHO TURNPIKE<br>JERICHO NY 11753<br>UNITED STATES<br>5167391500<br>5167392189 | |
| ☐ Change of correspondence address requested, system generated AIA/122-EFS form attached | ☐ Fee Address indication requested, system generated SB/47-EFS form attached |

## 2.Entity Status

### Change in Entity Status

○ Applicant certifying micro entity status; system generated Micro Entity certification form attached. See 37 CFR 1.29.
   Note:  Absent a valid certification of micro entity status, issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
   If  this box is checked, you will be prompted to choose a micro entity status on the gross income basis (37 CFR 1.29(a)) or the institution of higher education basis (37  CFR 1.29(d)), and make the applicable certification online.

◉ Applicant asserting small entity status. See 37 CFR 1.27.
   Note: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

○ Applicant changing to regular undiscounted fee status.
   Note: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

WEB IFEE 1.0

## 3. The Following Fee(s) Are Submitted:

☐ Issue Fee

☒ I authorize USPTO to apply my previously paid issue fee to the current fees due

☐ Publication Fee

☐ The Director is hereby authorized to apply my previously paid issue fee to the current fee due and to charge deficient fees to Deposit Account Number _____

☐ Advance Order - # of copies _____

☐ If **in addition to** the payment of the issue fee amount submitted with this form, there are any discrepancies in any amount(s) due, the Director is authorized to charge any deficiency, or credit any overpayment, to Deposit Account Number _____ . The **issue fee must be submitted** with this form. **If payment of the issue fee does not accompany this form, checking this box and providing a deposit account number will NOT be effective to satisfy full payment of the fee(s) due.**

## 4. Firm and/or Attorney Names To Be Printed

**NOTE: If no name is listed, no name will be printed**
For printing on the patent front page, list to be displayed as entered

1.  PHILIP  M. WEISS

2.  WEISS & WEISS

3.

## 5. Assignee Name(s) and Residence Data To Be Printed

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

| Name | City | State | Country | Category |
|------|------|-------|---------|----------|
| Oemetrix, L.L.C. | New Hyde Park | NEW YORK | united states | corporation |

## 6. Signature

I certify, in accordance with 37 CFR 1.4(d)(4) that I am an attorney or agent registered to practice before the Patent and Trademark Office who has filed and has been granted power of attorney in this application. I also certify that this Fee(s) Transmittal form is being transmitted to the USPTO via EFS-WEB on the date indicated below.

| Signature | /Philip Weiss/ | Date | 08-11-2017 |
|-----------|----------------|------|------------|
| Name | Philip M. Weiss | Registration Number | 34751 |

WEB IFEE 1.0

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 30061770 |
| **Application Number:** | 13999038 |
| **International Application Number:** | |
| **Confirmation Number:** | 2946 |
| **Title of Invention:** | Dry wall extrusion grille |
| **First Named Inventor/Applicant Name:** | Lynne  Bruhnke |
| **Correspondence Address:** | -<br>-<br>-<br>-<br>-<br>US<br>- |
| **Filer:** | Philip M. Weiss |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | P/332-6 |
| **Receipt Date:** | 11-AUG-2017 |
| **Filing Date:** | 06-JAN-2014 |
| **Time Stamp:** | 19:42:17 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | Web85b.pdf | 45907 / 41d6dd81125c432da898a5e7fc011511fd5a4cf4 | no | 2 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |

| | Total Files Size (in bytes): | 45907 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Doc Code: IFEE
PTOL/85B-EFS

Document Description: Issue Fee Payment (PTO-85B)

# Issue Fee Transmittal Form

| Application Number | Filing Date | First Named Inventor | Atty. Docket No. | Confirmation No. |
|---|---|---|---|---|
| 13999038 | 06-Jan-2014 | Lynne Bruhnke | P/332-6 | 2946 |

**TITLE OF INVENTION :**

Dry wall extrusion grille

| Entity Status | | Application Type | Art Unit | Class - Subclass | EXAMINER |
|---|---|---|---|---|---|
| Small | | Utility under 35 USC 111(a) | 3749 | 330000 | JONATHAN COTOV |

| Issue Fee Due | Publication Due | Total Fee(s) Due | Date Due | Prev. Paid Fee |
|---|---|---|---|---|
| $480 | $0 | $480 | 01-Sep-2017 | $480 |

## 1.Change of Correspondence Address and/or Indication Of Fee Address (37 CFR 1.33 & 1.363)

| Current Correspondence Address: | Current Indicated Fee Address : |
|---|---|
| WEISS & WEISS<br><br>SUITE 105<br>410 JERICHO TURNPIKE<br>JERICHO NY 11753<br>UNITED STATES<br>5167391500<br>5167392189 | |
| ☐ Change of correspondence address requested, system generated AIA/122-EFS form attached | ☐ Fee Address indication requested, system generated SB/47-EFS form attached |

## 2.Entity Status

## Change in Entity Status

○ Applicant certifying micro entity status; system generated Micro Entity certification form attached. See 37 CFR 1.29.
Note: Absent a valid certification of micro entity status, issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment. If this box is checked, you will be prompted to choose a micro entity status on the gross income basis (37 CFR 1.29(a)) or the institution of higher education basis (37 CFR 1.29(d)), and make the applicable certification online.

◉ Applicant asserting small entity status. See 37 CFR 1.27.
Note: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

○ Applicant changing to regular undiscounted fee status.
Note: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

Adjustment date: 08/14/2017 HVUONG2
05/08/2017 INTEFSW 00007153 13999038
01 FC:2501                      -480.00 OP

08/14/2017 HVUONG2  00000011 13999038
01 FC:2501                    480.00 OP

WEB IFEE 1.0

Doc Code: IFEE

PTOL/85B-EFS

Document Description: Issue Fee Payment (PTO-85B)

---

**3. The Following Fee(s) Are Submitted:**

☐ Issue Fee

☒ I authorize USPTO to apply my previously paid issue fee to the current fees due

☐ Publication Fee

☐ The Director is hereby authorized to apply my previously paid issue fee to the current fee due and to charge deficient fees to Deposit Account Number ——————————

☐ Advance Order - # of copies ————

☐ If in **addition to** the payment of the issue fee amount submitted with this form, there are any discrepancies in any amount(s) due, the Director is authorized to charge any deficiency, or credit any overpayment, to Deposit Account Number ——————————
The **issue fee must be submitted** with this form. **If payment of the issue fee does not accompany this form, checking this box and providing a deposit account number will NOT be effective to satisfy full payment of the fee(s) due.**

---

**4. Firm and/or Attorney Names To Be Printed**

NOTE: If no name is listed, no name will be printed
For printing on the patent front page, list to be displayed as entered

1. PHILIP M. WEISS

2. WEISS & WEISS

3.

---

**5. Assignee Name(s) and Residence Data To Be Printed**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

| Name | City | State | Country | Category |
|------|------|-------|---------|----------|
| Oemetrix, L.L.C. | New Hyde Park | NEW YORK | united states | corporation |

---

**6. Signature**

I certify, in accordance with 37 CFR 1.4(d)(4) that I am an attorney or agent registered to practice before the Patent and Trademark Office who has filed and has been granted power of attorney in this application. I also certify that this Fee(s) Transmittal form is being transmitted to the USPTO via EFS-WEB on the date indicated below.

| Signature | /Philip Weiss/ | Date | 08-11-2017 |
|-----------|----------------|------|------------|
| Name | Philip M. Weiss | Registration Number | 34751 |

WEB IFEE 1.0

Page 171 of 176

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/999,038 | 09/19/2017 | 9765988 | P/332-6 | 2946 |

7590     08/30/2017
WEISS & WEISS
SUITE 105
410 JERICHO TURNPIKE
JERICHO, NY 11753

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 405 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Lynne Bruhnke, Massapequa Park, NY;
Daniel Roeper, Garden City, NY;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
| --- | --- |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court _____ Eastern District of New York _____ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21cv2786(GRB)(AYS) | DATE FILED<br>5/18/2021 | U.S. DISTRICT COURT<br>Eastern District of New York |
| --- | --- | --- |
| PLAINTIFF<br><br>INV Holdings Inc.<br>Advanced Arch Grilleworks, Inc. | | DEFENDANT<br><br>Dayus Register & Grille Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- | --- |
| 1 | US 9,765,988 B2 | 9/19/2017 | Oemetrix, L.L.C. |
| 2 | US 10,871,305 B2 | 12/22/2020 | Oemetrix, L.L.C. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
| --- | --- | --- | --- |
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
| --- |
| |

| CLERK<br>DOUGLAS C. PALMER | (BY) DEPUTY CLERK<br>Deanna Rodin | DATE<br>5/20/2021 |
| --- | --- | --- |

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Eastern District of New York_____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21cv2786(GRB)(AYS) | DATE FILED<br>5/18/2021 | U.S. DISTRICT COURT<br>Eastern District of New York |
|---|---|---|
| PLAINTIFF<br><br>INV Holdings Inc.<br>Advanced Arch Grilleworks, Inc. | | DEFENDANT<br><br>Dayus Register & Grille Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 9,765,988 B2 | 9/19/2017 | Oemetrix, L.L.C. |
| 2 | US 10,871,305 B2 | 12/22/2020 | Oemetrix, L.L.C. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>See [7] Order Dismissing Case |
|---|

| CLERK<br>DOUGLAS C. PALMER | (BY) DEPUTY CLERK<br>Chelsea Tirado | DATE<br>9/15/2021 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court _____ Eastern District of New York _____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21cv5107(GRB)(ARL) | DATE FILED<br>9/14/2021 | U.S. DISTRICT COURT<br>Eastern District of New York |
|---|---|---|
| PLAINTIFF<br><br>INV Holdings Inc. and Advanced Arch Grilleworks, Inc. | | DEFENDANT<br><br>Dayus Register & Grille Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,765,988 (Patent) | 9/19/2017 | Dry Wall Extrusion Grille |
| 2 | | | (Holders:  Lynne Bruhnke, Daniel Roeper, Oemetrix, L.L.C.) |
| 3 | 10,871,305 (Patent) | 12/22/2020 | Dry Wall Extrusion Grille |
| 4 | | | (Holders:  Lynne Bruhnke, Daniel Roeper, Oemetrix, L.L.C.) |
| 5 | 5,132,735 (Trade) | 1/31/2017 | Plaster J-Bead (Holder:  Advanced Arch Grilleworks, Inc.) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| <br><br><br> |

| CLERK<br>Douglas C. Palmer | (BY) DEPUTY CLERK<br>Doreen Flanagan | DATE<br>9/16/2021 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
| --- | --- | --- |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Eastern District of New York** on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21cv5107(GRB)(ARL) | DATE FILED<br>9/14/2021 | U.S. DISTRICT COURT<br>Eastern District of New York |
| --- | --- | --- |
| PLAINTIFF<br>INV Holdings Inc. and Advanced Arch Grilleworks, Inc. | | DEFENDANT<br>Dayus Register & Grille Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- | --- |
| 1 | 9,765,988 (Patent) | 9/19/2017 | Dry Wall Extrusion Grille |
| 2 | | | (Holders:  Lynne Bruhnke, Daniel Roeper, Oemetrix, L.L.C.) |
| 3 | 10,871,305 (Patent) | 12/22/2020 | Dry Wall Extrusion Grille |
| 4 | | | (Holders:  Lynne Bruhnke, Daniel Roeper, Oemetrix, L.L.C.) |
| 5 | 5,132,735 (Trade) | 1/31/2017 | Plaster J-Bead (Holder:  Advanced Arch Grilleworks, Inc.) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
| --- | --- | --- | --- |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
| --- |
| |

| CLERK<br>Douglas C. Palmer | (BY) DEPUTY CLERK<br>Doreen Flanagan | DATE<br>9/16/2021 |
| --- | --- | --- |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

Page 176 of 176