# Exhibit F

# TOOL AND MANUFACTURING ENGINEERS HANDBOOK

## volume 8
## Plastic Part Manufacturing



Society of Manufacturing Engineers

Editor: Philip Mitchell, CMfgT

FOURTH EDITION

# TOOL AND MANUFACTURING ENGINEERS HANDBOOK

FOURTH EDITION

## VOLUME VIII
## PLASTIC PART MANUFACTURING

*A reference book for manufacturing engineers, managers, and technicians*

**Philip E. Mitchell, CMfgT**
Handbook Editor

Produced under the supervision of the
SME Publications Resources Committee



Society of Manufacturing Engineers
One SME Drive
Dearborn, Michigan 48121



# TMEH.

ISBN No. 0-87263-456-6

Library of Congress Catalog No. 82-60312

Society of Manufacturing Engineers (SME)

Copyright © 1996 by Society of Manufacturing Engineers,
One SME Drive, P.O. Box 930, Dearborn, Michigan 48121

All rights reserved, including those of translation. This book, or parts thereof, may not be reproduced in any form without written permission of the copyright owner. The Society does not, by publication of data in this book, ensure to anyone the use of such data against liability of any kind, including infringement of any patent. Publication of any data in this book does not constitute a recommendation of any patent or proprietary right that may be involved. The Society of Manufacturing Engineers, as well as all contributors and reviewers of information in this volume, disclaim any and all responsibility for use of the information contained herein by readers and users of this Handbook.

First edition published 1949 by McGraw-Hill Book Co. in cooperation with SME under an earlier Society name, American Society of Tool Engineers (ASTE), and under the title of *Tool Engineers Handbook*. Second edition published 1959 by McGraw-Hill Book Co. in cooperation with SME under earlier society name, American Society of Tool and Manufacturing Engineers (ASTME), and under title *Tool Engineers Handbook*. Third edition published 1976 by McGraw-Hill Book Co. in cooperation with SME under title *Tool and Manufacturing Engineers Handbook*. Multivolume fourth edition published starting in 1983 by the Society of Manufacturing Engineers under the title of *Tool and Manufacturing Engineers Handbook* (TMEH).

Printed in the United States of America.

The Library of Congress has cataloged the handbook as follows:

*Tool and manufacturing engineers handbook:* a reference book for manufacturing engineers, managers, and technicians/Thomas J. Drozda, Charles Wick, editors.—4th ed./revised under the supervision of the SME Publications Committee in cooperation with the SME Technical Divisions.—Dearborn, Mich.: Society of Manufacturing Engineers, c1983-<c1996>

v. <1-8>:ill.; 29 cm.
Vol. 2/Charles Wick, editor-in-chief, John T. Benedict, senior staff editor, Raymond F. Veilleux, associate editor.
Vol. 3-4/Charles Wick, editor-in-chief, Raymond F. Veilleux, staff editor.
Vol. 5/Raymond F. Veilleux, staff editor, Louis W. Petro, consulting editor.
Vol. 6-7/Ramon Bakerjian, handbook editor, Philip Mitchell, staff editor.
Vol. 8/Philip Mitchell, handbook editor.

Contents: v.1. Machining—v.2. Forming—v.3. Materials, finishing, and coating—v.4. Quality control and assembly—v.5. Manufacturing management—v.6. Design for manufacturability—v.7. Continuous improvement—v.8. Plastic part manufacturing.

Includes bibliographies and indexes.
ISBN 0-87263-085-4 (v.1–v.5).—ISBN 0-87263-402-7 (v.6).—ISBN 0-87263-420-5 (v.7).
—ISBN 0-87263-456-6 (v.8).

1. Production engineering—Handbooks, manuals, etc. 2. Metal-work—Handbooks, manuals, etc. 3. Metal-cutting—Handbooks, manuals, etc. I. Drozda, Tom. II. Wick, Charles. III. Benedict, John T. IV. Veilleux, Raymond F. V. Bakerjian, Ramon. VI. Mitchell, Philip. VII. Society of Manufacturing Engineers.

TS176.T63 1983      670—dc19      82-60312
                                   AACR 2 MARC
Library of Congress

**edge bead** In some cast-film and sheet-extrusion operations, the narrow border at the edge of the sheet, usually somewhat thicker, that must be trimmed off prior to winding or stacking the product.

**edge lifting** The lifting of adhesive on the edge of a roll as it is unwound.

**edge preheat** To soften both edges of a sheet prior to puncturing by the pin chain.

**edge trim** Material that is trimmed away from one or both sides of the sheet in the machine direction.

**elasticity** Ability of a material to return to its original size and shape after being deformed.

**elastomer** A material that at room temperature can be stretched repeatedly to at least twice its original length, and snaps back to the original length upon release of stress.

**electrical interference** Electrical noise induced upon the signal wires that obscures the wanted information signal.

**electron beam (E-beam)** A stream of electrons in an electron-optical system.

**electron beam processing** Cross-linking of polymeric materials or polymerization of reactive monomers resulting from their exposure to high energy electron beam. The electrons are accelerated by high voltage, typically 300 kV to 1 MV.

**embedment** Encasement of an article in a resinous mass, usually by placing the article in a simple mold, pouring liquid resin into the mold so it covers the article, curing the resin, and removing the mold. If the mold remains fixed to the resinous mass, the process is called *potting*.

**emulsion** A uniform dispersion of globules or fine droplets of one liquid in another liquid. (See dispersion.)

**encoder** An electromechanical transducer that converts a motion into a digital signal that can sense the speed and/or position of a moving device.

**end groups** Chemical groups forming the ends of molecular chains that are highly reactive with respect to the overall chemical structure of the total molecule.

**engineered waste** In sheet molding, the material remaining after all parts have been removed from the sheet. The percentage of waste material generated will depend on part spacing, part geometry, index length, and thickness of material.

**epoxy** Generic name for a group of thermosetting resins that originally included products made by the condensation of bisphenol and epichlorohydrin, but which now are also made by other means. Uncured epoxy resins are characterized as having two or more epoxide groups per molecule.

**eutectic alloys** Combinations of metals that are easily fused or will fuse at the lowest possible temperature. An alloy with a melting point lower than any other combination of the same components.

**exotherm** The temperature/time curve of a chemical reaction giving off heat, particularly the polymerization of casting resins.

**exothermic reaction** A reaction that gives off heat as it proceeds.

**extender** A material added to a plastic compound used to reduce the amount of resin required per unit volume.

**extruder** A machine for producing continuous lengths of plastics that have constant cross sections. It is a tubular barrel that contains a rotating screw or ram which forces molten plastic through the barrel and into a die mold.

**extruder barrel** The cylinder housing of an extruder through which the plastic material moves.

**extrusion** The process of forming continuous shapes by forcing a molten plastic material through a die. Typical shapes extruded are hoses, tubes, flat films and sheets, jackets around electrical wires, parisons for blow molding, filaments and fibers, strands for pelletizing, and webs for coating and laminating. Related term: coextrusion.

**extrusion die** A device, usually made of steel, having a specific shape or design geometry and used to impart the desired shape to a polymeric melt that is forced through it.

**fascia** Root definition—face. Fascia are the visible body parts on an automobile, including panel and trim parts, the parts that are fastened to the body structure to give it shape and its overall appearance.

**female mold** A hollow cavity shaped in the form of the finished part.

**Fig.** Figure, a pictorial representation used for illustrating text.

**filament winding** A process for fabricating a composite structure in which continuous reinforcements (filament, wire, etc.), either previously impregnated with a matrix material or impregnated during winding, are placed over a rotating and removable form. Winding is done in directions calculated to resist stress in specific directions.

**filler** A relatively inert substance added to a plastic to alter its physical, mechanical, thermal, electrical, or other properties, or to lower cost or density.

**fillet** A rounded edge between molded planes at the inside or outside corners. Fillets facilitate the flow of polymers filling the mold, prevent edge defects as the polymer shrinks, and improve mold heat transfer in critical regions of the molding.

**film** A thin plastic web typically under 10 mils (250 microns) in thickness.

**film casting** Producing unsupported film or sheet by casting a fluid resin onto a temporary carrier, usually an endless belt or circular drum, cooling or drying, and removing from the carrier.

**fisheye** A fault in transparent or translucent plastics appearing as a small globular mass and caused by incomplete blending of the mass with surrounding material.

**flags** Projection from the end of a roll indicating where splices or other defects exist in the coating.

**flame resistance** Ability of a material to extinguish flame once the source of heat is removed.

**flammability rating** Tests for the extent to which a material will support combustion. Six categories are ignitability, burning rate, heat evolution, smoke production, products of combustion, and endurance burning.

**flash** A thin fin of plastic projecting from a molded part caused by leaking at the mold parting line. Flash is any extra plastic attached to the molded part that must be trimmed off.

**flexibility** The ability of a material to be freely bent or flexed repeatedly without undergoing rupture.

**flexography** A rotary printing process employing flexible rubber or elastomeric printing plates adhered to a roll. The printing plates are inked by a screen roll that has been coated by a feed roll immersed in ink. Used to produce high-quality images on flexible films.

**flocking** A finishing method where an article's surface is coated with adhesive, and short textile fibers are blown onto it and stood on end using an electrostatic charge.

**flow meter** A device used for measuring the rate of gas flow in a system.

**foam casting (foam molding)** A process with many variations; depending on the polymers used. In general, a fluid resin or prepolymer/catalyst system is foamed before or during molding by mechanical frothing, or by gas dissolved in the mixture or released from a low-boiling point liquid.

**foaming agent** See blowing agent.

**forged high die** A heavy construction trimming die made from