# Exhibit G

DICTIONARY.COM   THESAURUS.COM

flexible

MEANINGS   GAMES   LEARN   WRITING   WORD OF THE DAY

Top Definitions   Synonyms   Quiz   Related Content   Examples   British

Medical

 Elementary Level

# flexible

[ **flek**-*suh*-b*uh*l ]   SHOW IPA

See synonyms for: **flexible / flexibility / flexibleness** on Thesaurus.com

---

*adjective*

1  capable of being bent, usually without breaking; easily bent:
   *a flexible ruler.*

2  susceptible of modification or adaptation; adaptable:
   *a flexible schedule.*

3  willing or disposed to yield; pliable:
   *a flexible personality.*

*noun*

4  a flexible substance or material, as rubber or leather.

### OTHER WORDS FOR FLEXIBLE

1. pliable, elastic, supple.
2. tractable, compliant.

**See synonyms for** *flexible* **on Thesaurus.com**

### OPPOSITES FOR FLEXIBLE

1. stiff.
2. rigid.

**See antonyms for** *flexible* **on Thesaurus.com**

### QUIZ

## QUIZ YOURSELF ON "WAS" VS. "WERE"!

Were you ready for a quiz on this topic? Well, here it is! See how well you can differentiate between the uses of "was" vs. "were" in this quiz.

**QUESTION 1 OF 7**

"Was" is used for the indicative past tense of "to be," and "were" is only used for the subjunctive past tense.

- true
- false

**TAKE THE QUIZ TO FIND OUT**

FEEDBACK

### ORIGIN OF FLEXIBLE

First recorded in 1375–1425; late Middle English, from Latin *flexibilis* "pliant, easily bent"; see flex[1], -ible

## SYNONYM STUDY FOR FLEXIBLE

1. FLEXIBLE, LIMBER, PLIANT refer to that which bends easily. FLEXIBLE refers to that which is capable of being bent and adds sometimes the idea of compressibility or expansibility: *a flexible piece of rubber hose.* LIMBER is especially applied to the body to refer to ease of movement; it resembles FLEXIBLE except that there is an idea of even greater ease in bending: *a limber dancer.* PLIANT stresses an inherent quality or tendency to bend that does not require force or pressure from the outside; it may mean merely adaptable or may have a derogatory sense: *a pliant character.*

## OTHER WORDS FROM FLEXIBLE

**flex·i·bil·i·ty**  [flek-s*uh*-**bil**-i-tee], **flex·i·ble·ness,** noun
**flex·i·bly,** adverb
**hy·per·flex·i·ble,** adjective
**hy·per·flex·i·ble·ness,** noun

SEE MORE RELATED FORMS

## WORDS NEARBY FLEXIBLE

flexed, Flexeril, flex-fuel, flexibilitas cerea, flexibility, flexible, flexible-rate mortgage, flexible spending account, flexicurity, flexile, flexion

DICTIONARY.COM UNABRIDGED
BASED ON THE RANDOM HOUSE UNABRIDGED DICTIONARY, © RANDOM HOUSE, INC. 2022

## WORDS RELATED TO FLEXIBLE

malleable, soft, flexile, adjustable, bending, ductile, elastic, extensible, extensile, formable, formative, impressionable, limber, lithe, moldable, plastic, pliant, spongy, springy, stretch

## HOW TO USE FLEXIBLE IN A SENTENCE

To help the tech player navigate and manage its growth not only as a somewhat-newly-public company but also as an increasingly distributed one—even after the pandemic passes, Slack expects to have a much more *flexible* workforce.

SLACK HIRES FORMER LIVE NATION EXEC AS NEW CHIEF PEOPLE OFFICER | MICHAL LEV-RAM, WRITER | SEPTEMBER 16, 2020 | FORTUNE

Successful re-opening, therefore, will require that schools be *flexible* and make some changes.

HERE'S HOW COVID-19 IS CHANGING CLASSES THIS YEAR | BETHANY BROOKSHIRE | SEPTEMBER 8, 2020 | SCIENCE NEWS FOR STUDENTS

However, over the last six months, the movement to reshape advertising to actually be agile, nimble and *flexible* has no longer been an abstract idea but rather a necessity.

'WE HAVE THE CAPABILITY': HOW THE CORONAVIRUS CRISIS HAS ACCELERATED ADVERTISING'S SHIFT TO AGILITY | KRISTINA MONLLOS | SEPTEMBER 7, 2020 | DIGIDAY

These perovskite layers are also being developed to manufacture *flexible* solar panels that can be processed to roll like newsprint, further reducing costs.

HOW A NEW SOLAR AND LIGHTING TECHNOLOGY COULD PROPEL A RENEWABLE ENERGY TRANSFORMATION | SAM STRANKS | SEPTEMBER 3, 2020 | SINGULARITY HUB

SEE MORE EXAMPLES



BRITISH DICTIONARY DEFINITIONS FOR FLEXIBLE

# flexible

/ (ˈflɛksɪbəl) /

*adjective*

1. Also: **flexile** (ˈflɛksaɪl) able to be bent easily without breaking; pliable
2. adaptable or variable: *flexible working hours*
3. able to be persuaded easily; tractable

**DERIVED FORMS OF FLEXIBLE**

**flexibility** *or* **flexibleness**, noun
**flexibly**, adverb

COLLINS ENGLISH DICTIONARY - COMPLETE & UNABRIDGED 2012 DIGITAL EDITION
© WILLIAM COLLINS SONS & CO. LTD. 1979, 1986 © HARPERCOLLINS
PUBLISHERS 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

MEDICAL DEFINITIONS FOR FLEXIBLE

# flexible

[ flĕk′sə-bəl ]

*adj.*

Capable of being bent or flexed.

Capable of being bent repeatedly without injury or damage.

**OTHER WORDS FROM FLEXIBLE**

flex′i•bil′i•ty null n.

THE AMERICAN HERITAGE® STEDMAN'S MEDICAL DICTIONARY

COPYRIGHT © 2002, 2001, 1995 BY HOUGHTON MIFFLIN COMPANY. PUBLISHED BY HOUGHTON MIFFLIN COMPANY.

FEEDBACK

WORD OF THE DAY

# arioso

*adjective* | [ahr-ee-**oh**-soh, ar-] 🔊

SEE DEFINITION

Browse the Dictionary:   # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Browse by Category:     Slang    Emoji    Acronyms    Pop Culture

About     Careers     Contact Us     Cookies, Terms, & Privacy     Do Not Sell My Info

© 2022 Dictionary.com, LLC