Exhibit H

Case 2:21-cv-05107-GRB-ST   Document 82-8   Filed 06/21/22   Page 2 of 5 PageID #: 988



  

*Meaning of **flexible** in English*

# flexible

*adjective*

US  /ˈflek.sə.bᵊl/   UK /ˈflek.sə.bᵊl/

**flexible** *adjective* (ABLE TO CHANGE)

B2

**able to change or be changed easily according to the situation:**

• *My schedule is flexible - I could arrange to meet with you any day next week.*

− **More examples**

- *The European Union should remain flexible enough to assimilate more countries quickly.*

- *"If they're flexible, we're flexible," the official was quoted as saying.*

- *Warships are flexible in operation and can travel the seas freely.*

- *Computer generated models are more flexible and less expensive to build than physical models.*

- *The constitution is flexible enough to change as the organization develops.*

**+ SMART Vocabulary: related words and phrases**

**Want to learn more?** 

Improve your vocabulary with **English Vocabulary in Use** from Cambridge.
Learn the words you need to communicate with confidence.

Contents                                                                    To top

  

**C2**

## able to bend or to be bent easily without breaking:

• *Rubber is a flexible substance.*

• *Dancers and gymnasts need to be very flexible (= able to bend their bodies easily).*

➕ **SMART Vocabulary: related words and phrases**

### Related words

flexibility

flexibly

---

*(Definition of **flexible** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**flexible** | INTERMEDIATE ENGLISH

# flexible

*adjective*

US 🔊 / ˈflek·sə·bəl /

---

**flexible** *adjective* **(CHANGEABLE)**

## able to change or be changed easily according to the situation:

• *I'm fortunate because my job has flexible hours, and I can come and go pretty much as I want.*

---

**flexible** *adjective* **(ABLE TO BEND)**

## able to bend or be bent easily without breaking:

• *The wire has to be flexible enough to go around corners of the room.*





flexible | BUSINESS ENGLISH

# flexible

*adjective*

UK 🔊 / ˈfleksɪbl / US 🔊

**a flexible person or company can work in different ways, at different times, or in different places when it is necessary:**

- *How can we encourage employees to be more flexible?*
- **be flexible about sth** *Companies can now be more flexible about where they site their operations.*
- *a **flexible approach/attitude***

**something that is flexible can change or be changed according to the situation:**

- *The pay and benefits are good, and the **hours** are **flexible**.*
- **a flexible mortgage/loan** *With a flexible mortgage you can pay more or less than your agreed monthly payment.*
- ***flexible work/jobs***
- *a **flexible pension***

# flexibility

*noun* [ U ] UK /ˌfleksɪˈbɪlɪti / US /-ətˈli /

- *The job requires flexibility, but is very rewarding.*

---

*(Definition of **flexible** from the **Cambridge Business English Dictionary** © Cambridge University Press)*

EXAMPLES of **flexible**

  

For the first time in history, work is *flexible* to life.

*From* <u>CNBC</u>

The *flexible*, daily tours are organized around wine tasting flights at four wineries, complete with picnic lunch.

*From* <u>USA TODAY</u>

You need a full length *flexible* orthotic that has a "forefoot post" that corrects forefoot motion.

*From* <u>New York Daily News</u>

These parents are *flexible*, redefining their goals as their children redefined themselves.

*From* <u>Huffington Post</u>

They can also create their own *flexible* schedules.

*From* <u>Huffington Post</u>

And this is with a giving husband with a more *flexible* schedule than not.

*From* <u>The Atlantic</u>

The top portion of it is unbending, but the strap is *flexible*.

*From* <u>The Verge</u>

Generally, private student loans have higher variable interest rates, lack *flexible* repayment options, and most require a cosigner.

*From* <u>USA TODAY</u>

Until recently, "*flexible* ferroelectrics" could have been thought of as the same type of oxymoronic phrase.

*From* <u>Phys.Org</u>

The company is also *flexible*, claiming it will work with customers to increase their quota should they need additional space.

*From* <u>International Business Times</u>

If they decided too much ahead of time, in too much detail, the idea was, they wouldn't be as *flexible*, as iterative.

*From* <u>The New Yorker</u>