# Exhibit I

## Definition of 'flexible'

# flexible

Word Frequency ○○○○○

(flɛksɪbəl )

### 1. ADJECTIVE

A **flexible** object or material can be bent easily without breaking.

*...brushes with long, flexible bristles.*

**Synonyms:** pliable, plastic, yielding, elastic    More Synonyms of **flexible**

**flexibility** (flɛksɪbɪlɪti ) UNCOUNTABLE NOUN
*The flexibility of the lens decreases with age; it is therefore common for our sight to worsen as we get older.*

### 2. ADJECTIVE

Something or someone that is **flexible** is able to change easily and adapt to different conditions and circumstances as they occur.

[*approval*]
*...flexible working hours.*

**Synonyms:** adaptable, open, variable, adjustable    More Synonyms of **flexible**

**flexibility** UNCOUNTABLE NOUN
*The flexibility of distance learning would be particularly suited to busy managers.*

**Synonyms:** adaptability, openness, versatility, adjustability    More Synonyms of **flexible**

**Synonyms:** complaisance, accommodation, give and take, amenability    More Synonyms of **flexible**

More Synonyms of **flexible**

COBUILD Advanced English Dictionary. Copyright © HarperCollins Publishers