# Exhibit J

10/25/22, 3:32 PM
Case 2:21-cv-05107-GRB-ST   Document 32-10   Filed 10/31/22   Page 2 of 4 PageID #: 995
angled - Definition, Meaning & Synonyms | Vocabulary.com



🔍 start typing to look up a word…

Advanced Search     Random Word

# angled   [Add to list]   [Share]

Something at a sharp angle, slant, or incline can be described as *angled*. An *angled* ramp makes skateboarding more fun.

The roof of your house is probably angled, and so is the ramp of a parking garage and the blade of a chef's knife. Sports reporters are fond of describing certain moves as *angled*, too, like an angled basketball shot or an angled football run. The adjective *angled* comes from *angle*, "space between intersecting lines," from the Latin *angulus*, "an angle or a corner."

## Definitions of *angled*

1. (**adjective**) forming or set at an angle

   *"angled parking"*

   Synonyms: **angular, angulate**
   having angles or an angular shape

Think you've got a good vocabulary? Take our quiz.

**backdrop** means :

- **backstage**
- **backpack**
- **background**
- **backfield**

ASSESSMENT: 100 POINTS

## Usage Examples   [All sources]

< prev |

He was sitting as far away from me as the desk allowed, but his chair was **angled** toward me.
*Twilight*

It was there in his light eyes, the way they **angled** down and avoided roundness just slightly.
*The Marrow Thieves*

The Man in the White Shirt **angled** towards them.
*Eleven*

They moved on stealthily like stray cats, past chimneys, aerials, and Capricorn's floodlights, which were **angled** downward and left everything behind them in the cover of darkness.

*Inkheart*

## Word Family



angled

angle   angles   angler

the "angle" family

---

EDITOR'S CHOICE

## Test prep from the experts

Boost your test score with programs developed by Vocabulary.com's experts.

- **Proven methods:** Learn faster, remember longer with our scientific approach.
- **Personalized plan:** We customize your experience to maximize your learning.
- **Strategic studying:** Focus on the words that are most crucial for success.

### SAT/PSAT                                            $29.95

Number of words: **500+**

Duration: **8 weeks or less**

Time: **1 hour / week**

Start today

### TOEFL                                              $29.95

Number of words: **500+**

Duration: **10 weeks or less**

