# Exhibit K

10/25/22, 3:35 PM
ANGLED | definition in the Cambridge English Dictionary
Case 2:21-cv-05107-GRB-ST   Document 32-11   Filed 10/31/22   Page 2 of 2 PageID #: 999

   

Meaning of *angled* in English



# angled

*adjective*

US  /ˈæŋ.gəld/    UK  /ˈæŋ.gəld/

**not straight, or moving or positioned at an angle:**

- *His angled shot beat the goalkeeper from 20 yards.*
- *An angled mirror at the end of the drive allows you to see any oncoming cars.*

**See**

angle

— **More examples**
- *Crossing the wet, angled deck of the ship was difficult.*
- *He deftly placed an angled header into the corner of the net.*
- *Solar panels are being installed on the angled roof.*

+ **SMART Vocabulary: related words and phrases**

Cookies Settings

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. **Privacy and Cookies Policy**

Accept All Cookies